AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:15-cv-00907 |
| John Huszar, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant John Huszar                               .

Date:    02/28/2017

/s/ Michael O. Stevens
*Attorney's signature*

Michael O. Stevens, OSB No. 095198
*Printed name and bar number*

3699 NW John Olsen Place

Hillsboro, OR 97124
*Address*

michael@hillsborofirm.com
*E-mail address*

(971) 533-6178
*Telephone number*

(971) 228-2608
*FAX number*