Michael O. Stevens, OSB No. 095198
Email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608

J. Curtis Edmondson, CASB No. 236105 (*pro hac vice*)
Email: jcedmondson@edmolaw.com
Kiren Rockenstein, OSB No. 175638
Email: kirenr@edmolaw.com
EDMONDSON IP LAW
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (503) 336-3749
Fax: (503) 482-7418

David H. Madden, OSB No. 080396
Email: dhm@mersenne.com
MERSENNE LAW LLC
9600 SW Oak Street, Suite 500
Tigard, OR 97223
Tel: (503) 679-1671
Fax: (503) 512-6113

Attorneys for Defendant JOHN HUSZAR

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>Plaintiff,<br>v.<br><br>**JOHN HUSZAR**<br><br>Defendants. | Case No.: **3:15-cv-0907-AC**<br><br>DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br>FRCP 56 |

I, J. CURTIS EDMONDSON, declare as follows:

1. I am an attorney licensed to practice law within the State of California, Washington, and District of Columbia. I am admitted to several district and federal appellate courts.
2. I am counsel of record for Defendant John Huszar ("Defendant"). I have been admitted to this court *pro hac vice* for this case. I have probably handled 30+ bittorrent cases for defendants in various districts across the United States.
3. Attached as Exhibit 1 (filed separately under seal), is a true and correct copy of an excerpt from the transcript from the deposition of Robert Young taken on January 2, 2018.
4. Attached as Exhibit 2 (filed separately under seal), is a true and correct copy of Exhibit 3 to the deposition of Robert Young taken on January 2, 2018.
5. Attached as Exhibit 3 (filed separately under seal), is a true and correct copy of an excerpt from the transcript from the deposition of Michael Wickstrom taken on January 9, 2018.
6. Attached as Exhibit 4 (to this document) is a true and correct copy of the Minute Order Ruling on Jan 8, 2018 at Docket 32 in *Venice PI, LLC v O'Leary, et. al* WDWA C17-0988 TSZ (2018).
7. Using PACER, I have downloaded an index of all of the cases filed by Dallas Buyers Club, LLC. Based on my research and experience, I am unfamiliar with any Dallas Buyers Club case in the U.S. that has had either a full bench or jury trial.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: January 19, 2018

/s/ J. Curtis Edmondson

J. CURTIS EDMONDSON
Declarant

# Exhibit 4

Minute Order Ruling on Jan 8, 2018 at Docket 32 in

*Venice PI, LLC v O'Leary, et. al*

WDWA C17-0988 TSZ (2018)