John Mansfield
john@harrisbricken.com
HARRIS BRICKEN
511 S.E. 11th Ave., Suite 201
Portland, OR 97214
Tel: 503.207.7313

Attorney for Plaintiff Dallas Buyers Club, LLC

Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Defendant JOHN HUSZAR
*Continued*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>　　　　Plaintiff,<br>v.<br><br>**JOHN HUSZAR**<br><br>　　　　Defendants. | Case No.: **3:15-cv-0907-AC**<br><br>**JOINT STIPULATED MOTION TO EXTEND TIME AND FOR BRIEFING SCHEDULE** |

**JOINT STIPULATED MOTION TO EXTEND TIME AND FOR BRIEFING**

**SCHEDULE**

The parties stipulate as follows:

1. Plaintiff filed a Motion for Partial Summary Judgment on 11/14/2017 [ECF Dkt. No. 122].

**JOINT STIPULATED MOTION EXTENDING TIME**
Page 1

Pursuant to a scheduling order, [ECF Dkt. No. 124], Defendant filed a Response to Plaintiff's Motion for Partial Summary Judgment on 01/19/2018 [ECF Dkt. No. 127].

2. On 01/26/2018 a Notice of Appearance was filed by John Mansfield for Plaintiff, [ECF Dkt. No. 129], and an Unopposed Motion to Withdraw was filed by Carl D. Crowell [ECF Dkt. No. 130].

3. Since 01/26/2018, Mr. Mansfield, new counsel for Plaintiff, and counsel for Defendants have met and conferred on a number of occasions.

4. In order to allow Mr. Mansfield sufficient time to review the current posture of the case and prepare necessary pleadings, the parties have stipulated to a proposed timetable for responsive pleadings and for briefing on Defendant's cross-motion:

    a. Plaintiff will file its reply to Defendant' Response to Plaintiff's Motion for Partial Summary Judgment on 02/12/2018;

    b. Defendant will file his Motion for Summary Judgment on 02/23/2018;

    c. Plaintiff will file its Response to Defendant's Motion for Summary Judgment on 03/09/2018; and

    d. Defendant will file his reply on the Motion for Summary Judgment on 03/16/2018.

5. The parties respectfully move this Court to order that these dates be entered.

Presented by:

By: /s/ John Mansfield  
John Mansfiled  
*Attorney for Plaintiff*

By: /s/ Kiren Rockenstein  
Kiren Rockenstein  
*Attorney for Defendant*

**JOINT STIPULATED MOTION EXTENDING TIME**
Page 2

*Continued from Caption page*
J. Curtis Edmondson, CASB No. 236105 (*pro hac vice*)
jcedmondson@edmolaw.com
Kiren Rockenstein, OSB No. 175638
kirenr@edmolaw.com
EDMONDSON IP LAW
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (503) 336-3749
Fax: (503) 482-7418

David H. Madden, OSB No. 080396
dhm@mersenne.com
MERSENNE LAW LLC
9600 SW Oak Street, Suite 500
Tigard, OR   97223
Tel: (503) 679-1671
Fax: (503) 512-6113

Attorneys for Defendant JOHN HUSZAR