John Mansfield
john@harrisbricken.com
HARRIS BRICKEN
511 S.E. 11th Ave., Suite 201
Portland, OR 97214
Tel: 503.207.7313

Attorney for Plaintiff Dallas Buyers Club, LLC

Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608

J. Curtis Edmondson, CASB No. 236105 (*pro hac vice*)
jcedmondson@edmolaw.com
Kiren Rockenstein, OSB No. 175638
kirenr@edmolaw.com
EDMONDSON IP LAW
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (503) 336-3749
Fax: (503) 482-7418

David H. Madden, OSB No. 080396
dhm@mersenne.com
MERSENNE LAW LLC
9600 SW Oak Street, Suite 500
Tigard, OR   97223
Tel: (503) 679-1671
Fax: (503) 512-6113

Attorneys for Defendant JOHN HUSZAR

**STIP. MOT. TO EXT. TIME**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>              Plaintiff,<br>v.<br><br>**JOHN HUSZAR**<br><br>              Defendants. | Case No.: **3:15-cv-0907-AC**<br><br>**STIPULATED MOTION TO EXTEND TIME AND TO MODIFY PROTECTIVE ORDER** |

# JOINT STIPULATED MOTION TO EXTEND TIME AND TO MODIFY THE PROTECTIVE ORDER

The parties stipulate as follows:

1. The parties have stipulated to extend the time for briefing on Defendant's cross-motion for summary judgment, and move the Court to alter the previous briefing schedule as follows:

    a. Defendant will file his Motion for Summary Judgment on 2/28/2018;

    b. Plaintiff will file its Opposition to Defendant's Motion for Summary Judgment on 03/14/2018; and

    c. Defendant will file his reply on the Motion for Summary Judgment on 03/21/2018.

2. The Software Protective Order at Docket 116, paragraph 4 should be modified as follows:

    For those portions of the Excipio and Maverickeye software/source code that are not open source, only the disclosed specific experts, all counsel of record for the parties, and their staff, shall have access to that portion of the code. The limitations of parties with access shall be strictly construed.

Respectfully submitted,

/s/ Kiren Rockenstein
*Attorney for Defendant*

/s/ John Mansfield
*Attorney for Plaintiff*