# EXHIBIT 2

# Second Expert Report of Kal Toth Concerning the Maverickeye Case

December 24, 2017
Prepared by Dr. Kal Toth, P.Eng, Portland, OR 97205
For Mr. J. Curtis Edmondson, Law Offices of J. Curtis Edmondson, Hillsboro, OR 97124

---

The purpose of this document is to report on the adequacy of IPP International's IPTRACKER system by examining IPTRACKER's Functional Description and software.

This report is driven by the Functional Description of IPTRACKER provided in the Declaration of Tobias Fieser ("Exhibit 1") located in Annex B, and the IPTRACKER software source code provided to me under Stipulated Protective Order per Case No. 3:15-cvv-00907-AC.

As part of the effort to prepare this report, I conducted a preliminary inspection of the provided IPTRACKER software, tabulating my preliminary findings in a spreadsheet appearing in Annex D entitled MaverickEye Preliminary Source Code Inspection Report.  Appendix E contains selected notices from IPTRACKER. Neither Annex D or Annex E reveal any of the source code.

Annex C contains a publication by Josh Brunty entitled "Validation of Forensics Tools and Software: A Quick Guide for the Digital Examiner which I briefly reference in Section 4 of this report.

Please know that given the Maverickeye IPTRACKER software has been placed under Stipulated Protective Order, I have taken steps to ensure that the alleged proprietary information embodied by this software has not been released by way of this report.

I have independently arrived at the opinions expressed in this report which depend on the accuracy of the information provided to me per Annex B, the provided IPTRACKER Source code.  My opinions are shaped by my systems and software engineering qualifications, knowledge and experience detailed in Annex A and summarized in Section 1 of this report.

## Table of Contents

1.    My Qualifications ................................................................................................................... 2
2.    Synopsis of BitTorrent Technology .......................................................................................... 2
2.1   IPTRACKER is Considered Proprietary Software ...................................................................... 3
2.2   Measures to Prevent Wrongful Accusation .............................................................................. 3
3.    IPTRACKER Tracker Functional Description ............................................................................. 3
3.1   Observations: Unaddressed Problems ..................................................................................... 4
3.2   Observations: Inadequate Functional Description ................................................................... 4
4.    Validation of Forensics Tools and Software ............................................................................. 5
4.1   IPTRACKER: A Forensics Tool that Identifies Alleged Infringers................................................ 5
5.    Preliminary Assessment of IPTRACKER Software Source Code ................................................ 5
5.1   Observations Regarding the Source Code................................................................................ 6
5.2   Observations Regarding Notices Embedded in the Source Code.............................................. 7
6.    Summary of Findings............................................................................................................... 7

Annexes
Annex A: CV of Dr. Kal Toth, P.Eng.
Annex B: Exhibit 1, Declaration of Tobias Fieser (IPTRACKER)
Annex C: Validation of Forensics Tools and Software
Annex D: MaverickEye Software Inspection Report
Annex E: MaverickEye Embedded Declarations

# 1.  My Qualifications

My name is Kal Toth with a Ph.D. in computer engineering.  I am a professional engineer (P.Eng.) with a Software Engineering designation registered in British Columbia, Canada.  I have led teams of software engineers, developers and quality assurance engineers in industry for over 25 years specifying, architecting, and assuring software, systems, security, and Internet-based solutions for Intellitech, CGI Group, Datalink Systems Corp. and Hughes Aircraft.  At CGI and Hughes Aircraft I was also the software and systems engineering practice leader.  I have taught numerous software engineering and information technology-related courses to working professionals at the Technical University of British Columbia, Oregon State University and Portland State University.  My resume includes lists of technical publications, reports, seminars and courses.

As Vice President of Systems Engineering for the CGI Group, I led a 3rd Party Validation and Verification team hired by the Canadian Federal Government to oversee their prime contractor's $50M development of a security-critical global messaging system for Canada's embassies abroad.  The primary purpose of this project was to ensure that the prime contractor's development teams developed adequate plans, requirements specifications, designs and test procedures, and executed their plans, reviews and procedures according to their obligations and standards called up under their contract with the Canadian government.

As Director of Quality at Hughes Aircraft of Canada, Systems Division, my team conducted the quality assurance and RMAS (reliability, maintainability, availability and safety) engineering tasks supporting the development of five large software-intensive Air Traffic Control (ATC) systems, in particular, Canada's new ATC system, a $500M project.  My responsibilities included facilitating the division's software requirements, architecture, development and testing groups by specifying and promulgating the division's transition from a traditional plan-based software process to a more flexible iterative software development process.

As Vice President of Engineering for Datalink Systems Corp I managed an agile team of ten software engineers, programmers and testers developing and maintaining a real-time alert system for stock quotations sent to the mobile devices of customers who managed their portfolios via their browsers.  The system ran on a server farm of a dozen physical servers, supported by an SQL database and was partially redundant.  My team established an agile software development process, developed functional and design specifications for system enhancements, peer-reviewed specifications, and conducted independent module testing and system integration testing.

See Exhibit 6 for additional details.

# 2.  Synopsis of BitTorrent Technology

BitTorrent is a peer-to-peer (P2P) file sharing protocol that enables large scale distribution of files among the devices of users across the Internet.  This protocol is widely used across the web to support the distribution of large volumes of data, software packages, software updates, video, audio and various multi-media files efficiently and effectively.  While infringement and piracy are serious concerns, BitTorrent technology is nevertheless an essential element of e-business, e-education, e-government, e-health, entertainment, and many other sectors of the global economy.

So-called BitTorrent clients (software modules) installed on end-user devices and the servers of web-based providers implement the BitTorrent protocols for peer-to-peer content sharing.  A number of open source BitTorrent clients are available to users.  Shared files are broken into many small pieces which are typically transferred among a large number of widely dispersed peers.  Each peer can be simultaneously sending and receiving pieces from a significant number of files.  Hashing techniques are used to ensure the integrity of transfers and the correct assembly of pieces which can arrive in arbitrary order at any given end point.

IPTRACKER's core functionality is to detect BitTorrent users who have downloaded copyrighted material without permission (e.g. infringers who have not paid for the content). To accomplish this, IPTRACKER mimics the role of a BitTorrent peer, scanning/searching and collecting pieces of files from peer users across the web. However, IPTRACKER does not transfer (i.e. "seed") any pieces of files to peer users.

IPTRACKER is therefore a rather complex concurrent processing system that scans and tracks an exceeding large number of P2P clients across the web, implements BitTorrent's non-trivial sharing protocols; captures Internet protocol information (e.g. IP addresses) of peer users; decodes, verifies, and assembles content; records protocol streams; assembles content into a large-scale database management system; and supports of number of operational, administrative, security, and backup/recovery tasks.

## 2.1  IPTRACKER is Considered Proprietary Software

I understand that the IPTRACKER software is considered to be proprietary.

## 2.2  Measures to Prevent Wrongful Accusation

Previously I have described the following problems that could lead to IPTRACKER to wrongfully accuse innocent parties of copyright infringement:

a) **Implying Infringement when Files Partially Downloaded:** Ideally, IPTRACKER can detect when a user decides to abandon an attempted download due to an inadvertent or accidental launch (i.e. user is not infringing). This could be accomplished if the system is required to download all pieces of a file – timing out after a pre-determined interval. However, I understand that IPTRACKER reports users to be infringers after having acquired only a small number of fragments (pieces) from the user's IP address, perhaps only a single piece. IPTRACKER should download all pieces of a file before reporting possible infringement.

b) **Attributing Infringement to Subscribers who Share Routers:** WiFi routers are often shared among multiple parties, neighbors and lurkers. To eliminate wrongful infringement accusations, IPTRACKER should implement a reliable scheme for distinguishing the infringing party from the Internet subscriber who owns the service and the shared router.

c) **Attributing Infringement to Current Subscriber Allocated an IP Address:** Many routers are routinely reset: because routers can "freeze"; because of power failures; and because routers are sometimes intentionally powered down. Also, Internet providers may choose to remotely reset the IP address of a router for operational reasons. Such resets can allocate the IP address of an infringer to an innocent party. IPTRACKER should implement a reliable scheme to detect and compensate for such router resets.

# 3.  IPTRACKER Tracker Functional Description

Tobias Fieser's declaration ("Exhibit 1" in Annex B to this report) includes what is represented as a "Functional Description" of IPP's IPTRACKER v1.2.1. Pages 3 and 4 identity some of the functions and features of IPTRACKER, but does not describe how these functions and features are related to each other, or, for that matter, to BitTorrent networks and protocols. Given the product is intended to detect copyright infringement accomplished by way of BitTorrent technology, I was surprised to not find a single reference to BitTorrent in these introductory pages.

The figure on page 5 is a hardware block diagram void of any references to software. I fully expected the preponderance of custom functionality for ITTRACKER to be implemented by way of software, and that the core software modules comprising the system, including interfaces with BitTorrent components and protocols, would have been depicted in this figure. Although this figure depicts and labels several information flows, the purpose, content, ordering, and input/outputs attributed to these flows is not explained even in a cursory manner.

Although section 2.3 on page 6 is entitled "Description of the most important programs functions", only a few components are identified, and their functionalities are not meaningfully explained.  Similarly, page 7 identifies database, privacy and date security features, but is devoid of any explanation of how these features are related to identified functions and devices on pages 3, 4, 5 and 6.  Furthermore, I did not find a single reference to BitTorrent technology on pages 2 to 7.

The first reference to BitTorrent appears in the last paragraph on page 8 of Section 4 Addendum.  This page ostensibly provides basic knowledge about peer-to-peer file sharing which is rather poorly explained.

Pages 9 and 10 briefly describes Gnutella, Gnutella 2 and eDonkey networks with which IPTRACKER apparently integrates.  The two accompanying sketches are devoid of useful information.

Page 11 provides a brief description of BitTorrent accompanied by a sketch, also devoid of useful information.  Interestingly, this page is also devoid of any mention that IPTRACKER integrates with BitTorrent.  I found this to be particularly surprising given that this seems not to be the case.

Page 12 briefly describes what a Globally Unique Identifier (UID) is, how it relates to peer-to-peer file sharing, and how hashing is used to support the reliable transfer of pieces and the assembly of files in P2P networks.  However, nowhere in the document are these elements related or depicted.

## 3.1  Observations: Unaddressed Problems

The IPTRACKER functional description does not indicate how the problems in Section 2.2 are overcome:

    a)  The wrongful accusation of innocent parties because files are only partially downloaded;

    b)  The wrongful attribution of infringement to subscribers who share routers with other parties;

    c)  The wrongful attribution of infringement to subscribers because of IP address resets.

Therefore, it can be reasonably assumed that IPTRACKER does not cope with the problems of wrongful accusation described in Section 2.2 above.  IPP International should be asked whether the software handles these problems, and if so, document the specifics of how this is accomplished as well as which software components have been programmed to cope with each problem.

## 3.2  Observations: Inadequate Functional Description

This document fails to describe the following functional aspects of the IPTRACKER system:

    a)  Fails to identity the essential purpose of IPTRACKER to detect possible copyright infringers;

    b)  Fails to show where and how IPTracker integrates with the BitTorrent network and protocols;

    c)  Fails to identify significant software components or subsystems of IPTRACKER implementing functionality and protocols for integrating with the BitTorrent;

    d)  Fails to describe how IPTRACKER software components integrate with each other and with IPTRACKER's database management system (MySQL);

    e)  Fails to identity which, if any, software components of IPTRACKER were acquired from the open source software community and used "as is" or adapted; which software components were custom developed by IPP employees or contractors; and which software components were otherwise acquired (e.g. by way of development system software libraries).

In other words, this document provides virtually no useful information for assessing the adequacy of the IPTRACKER software and system for a forensics purpose such as detecting possible copyright infringers using the BitTorrent network.

At a minimum, a detailed functional specification accompanied by an architectural design document is needed to assess the reliability and trustworthiness of a complex system such as IPTRACKER.  Without

such documents in place, it is not possible to objectively assess the consistency, completeness or correctness of either the individual software components, or the integrated operational system by way of code inspections, design reviews, and testing.

Nevertheless, I have conducted a preliminary assessment of the IPTRACKER software (see Section 5).

# 4.  Validation of Forensics Tools and Software

In Annex C, I have provided the observations and insights of Josh Bunty (Marshall University Forensic Science Center) in his paper entitled "Validation of Forensics Tools and Software: A Quick Guide for the Forensics Examiner".  Informed by the work of the National Institute of Standards and Technology (NIST), Bunty asserts that software-based tools used for forensics purposes should be validated quarterly to ensure repeatable and reproducible results.  Referencing the Daubert Standard which requires an independent judicial assessment of the reliability of a scientific test or method, he argues that this is a good starting point for drafting validation reports for forensics tools that will hold up in a court of law.  He goes on to describe four basic steps for planning and testing forensics tools.

## 4.1  IPTRACKER: A Forensics Tool that Identifies Alleged Infringers

IPTRACKER is used to detect possible copyright infringement by BitTorrent users for the purpose of obtaining court subpoenas to seize and inspect their personal computers to determine if infringement actually took place.  Given such an action can inflict significant emotional, social, and financial harm on an innocent party, an elevated level of assurance is warranted to ensure that the forensics tool used to identity a suspected infringer executes consistently and correctly, namely, that it is free of software defects that could silently implicate innocent parties.

As demonstrated above, the functional description for IPTRACKER provides virtually no visibility into the intended functioning of the operational system.  Furthermore, an architectural design specification showing how the software is integrated to implement the required functionality has not been provided.  In the absence of both of these documents it is not possible to construct a validation plan and testing process that satisfies the guidance described by Bunty and advocated by NIST for forensics tools and software.

Following the process recommended by Bunty, I suggest that these clarifying questions be asked:

a)  Since IPTRACKER digitally detects copyright infringement, is it considered to be a forensics tool?

b)  Has the company established a forensics tool validation process for IPTRACKER?

c)  How often is the IPTRACKER software validated?  What techniques are used?

d)  Does the company have a documented plan describing test steps, tools, and scenarios?

e)  Does this validation process include setting up a test suite and controlled data set?

f)  Does the validation process examine and compare test results against expected results?

# 5.  Preliminary Assessment of IPTRACKER Software Source Code

I conducted a preliminary inspection of the IPTRACKER software source code, tabulated my findings in a spreadsheet appearing in Annex D which is entitled "MaverickEye Preliminary Source Code Inspection Report".  My process involved reviewing and assessing the general scope and magnitude of the IPTRACKER software to discriminate open source and custom software components.  This was partly accomplished by inspecting notices and comments embedded in the code documenting licenses, authors, and copyright holders.  I also searched the web to assess whether any of the IPTRACKER components were open source.  When conducting my inspection, I annotated each IPTRACKER folder and file.  To manage my search, I marked empty folders, empty files, non-text files (e.g. .rar, .dll, .exe), and "junk" (files

such documents in place, it is not possible to objectively assess the consistency, completeness or correctness of either the individual software components, or the integrated operational system by way of code inspections, design reviews, and testing.

Nevertheless, I have conducted a preliminary assessment of the IPTRACKER software (see Section 5).

# 4. Validation of Forensics Tools and Software

In Annex C, I have provided the observations and insights of Josh Bunty (Marshall University Forensic Science Center) in his paper entitled "Validation of Forensics Tools and Software: A Quick Guide for the Forensics Examiner".  Informed by the work of the National Institute of Standards and Technology (NIST), Bunty asserts that software-based tools used for forensics purposes should be validated quarterly to ensure repeatable and reproducible results.  Referencing the Daubert Standard which requires an independent judicial assessment of the reliability of a scientific test or method, he argues that this is a good starting point for drafting validation reports for forensics tools that will hold up in a court of law.  He goes on to describe four basic steps for planning and testing forensics tools.

## 4.1  IPTRACKER: A Forensics Tool that Identifies Alleged Infringers

IPTRACKER is used to detect possible copyright infringement by BitTorrent users for the purpose of obtaining court subpoenas to seize and inspect their personal computers to determine if infringement actually took place.  Given such an action can inflict significant emotional, social, and financial harm on an innocent party, an elevated level of assurance is warranted to ensure that the forensics tool used to identity a suspected infringer executes consistently and correctly, namely, that it is free of software defects that could silently implicate innocent parties.

As demonstrated above, the functional description for IPTRACKER provides virtually no visibility into the intended functioning of the operational system.  Furthermore, an architectural design specification showing how the software is integrated to implement the required functionality has not been provided.  In the absence of both of these documents it is not possible to construct a validation plan and testing process that satisfies the guidance described by Bunty and advocated by NIST for forensics tools and software.

Following the process recommended by Bunty, I suggest that these clarifying questions be asked:

a) Since IPTRACKER digitally detects copyright infringement, is it considered to be a forensics tool?

b) Has the company established a forensics tool validation process for IPTRACKER?

c) How often is the IPTRACKER software validated?  What techniques are used?

d) Does the company have a documented plan describing test steps, tools, and scenarios?

e) Does this validation process include setting up a test suite and controlled data set?

f) Does the validation process examine and compare test results against expected results?

# 5. Preliminary Assessment of IPTRACKER Software Source Code

I conducted a preliminary inspection of the IPTRACKER software source code, tabulated my findings in a spreadsheet appearing in Annex D which is entitled "MaverickEye Preliminary Source Code Inspection Report".  My process involved reviewing and assessing the general scope and magnitude of the IPTRACKER software to discriminate open source and custom software components.  This was partly accomplished by inspecting notices and comments embedded in the code documenting licenses, authors, and copyright holders.  I also searched the web to assess whether any of the IPTRACKER components were open source.  When conducting my inspection, I annotated each IPTRACKER folder and file.  To manage my search, I marked empty folders, empty files, non-text files (e.g. .rar, .dll, .exe), and "junk" (files

containing random text) as they were encountered.  When encountering useful information, I annotated the file with the licensing, authorship, and copyright information, otherwise marking it "unremarkable".  I also recorded the size, in bytes, of each major subsystem, and assessed the approximate number of files composing each of these subsystems.

## 5.1  Observations Regarding the Source Code

The Table 1 below summarizes my overall assessment of the scope, size, categorization, and authorship/copyrights of IPTRACKER's major subsystems.  The software subsystems representing, perhaps, the most complex subsystems comprising IPTRACKER are SharpPcap and MonoTorrent.  Without the aid of functional and architectural documentation, I surmise that MonoTorrent is the core software implementing the BitTorrent protocols, and SharpPcap is used to capture the protocol information when content is downloaded to IPTRACKER.

A search of the web confirms that Alan McGovern and Gregor Burger were among the original developers of the MonoTorrent code.  Similarly, Chris Morgan, Tamir Gal, Phillip Lemon developed the original SharpPcap code.  Inspections of the source code confirm that Alan McGovern was also heavily involved in the development of MonoTorrent.Tests and MonoTorrent.Dht.  Alan McGovern also played a role in the development of the GeoIP_Project which apparently determines the rough geographic location of an Internet IP address.  Meanwhile, the README.txt (see Annex E) suggests that TrackerApp is closely coupled with the MonoTorrent subsystem.

Meanwhile, when inspecting the IPTRACKER code, I was not able to locate any objective evident that SharpPcap and MonoTracker were modified, enhanced and integrated by IPP International personnel.

Of course there is the possibility that one or more of the developers identified in Table 1 were hired by IPP International to create IPTRACKER.  If claimed to be true, IPP International and the plaintiff should be asked to provide such evidence.

**Table 1: IPTRACKER**

| IPTRACKER | Bytes | #Files[1] | Category | Authors/Copyrights |
|---|---|---|---|---|
| .. TrackerApp/ | 274,000 | 22 | Open Source | Gregor Burger |
| .. SharpPcap/ | 2,590,000 | 107 | Open Source | Chris Morgan, Tamir Gal, Phillip Lemon |
| .. Samples/ | 6,900 | 3 | - | - |
| ..SampleClient/ | 493,000 | 37 | - | - |
| .. MonoTorrent.Tests/ | 328,000 | 62 | Open Source | Alan McGovern |
| .. MonoTorrent.Dht/ | 373,000 | 62 | Open Source | Alan McGovern, Jeremie Laval, Gregor Buguer |
| .. MonoTorrent/ | 3,710,000 | 216 | Open Source | Numerous open source authors (see Annex D) |
| .. GeoIP_Project/ | 4,070,000 | 65 | Open Source | Alan McGovern, Miguel de Icaza |
| .. AddFeatures/ | 152,000 | 16 | - | - |

[1] Approximately

## 5.2  Observations Regarding Notices Embedded in the Source Code

I also examined three (3) notices embedded near the root of the IPTRACKER software, namely, LICENSE.txt, TODO.txt and README.txt.  Table 2 records my observations and comments as they relate to three notices which appear in Annex E.

**Table 2: IPTRACKER NOTICES**

| Observations | Comments |
|---|---|
| **Logging Client / src / LICENSE.txt**<br><br>This license notice designates Alan McGovern and Oliver Dufour as copyright owners of MonoTorrent, a cross-platform library of C# code implementing the BitTorrent protocol.  Permission is granted, free of charge without limitation or warrantee.  The license requires this notice to be included in all copies or substantial portions of the software. | Given this notice is located at the root node of the entire IPTRACKER source code, the license appears to apply to all branches of the IPTRACKER source code tree (all subfolders and files).<br><br>Copyright: Gregor Burger, Alan McGovern<br><br>This seems to imply that all of the IPTRACKER software is open source which is not the position IPP International has taken. |
| **Logging Client / src / TODO.txt**<br><br>"There is still loads of work to be done to make this a fully fledged BitTorrent Client".<br><br>This notice identifies 4 features to be improved, 3 features to be added, and the need to improve documentation<br><br>"If anyone finds bugs or anything in the code (which I'm sure there are many) [:p)] feel free to drop me an email." | This notice explicitly declares that the MonoTorrent software contains many bugs and is incomplete.<br><br>Objective evidence should be provided that the software bugs were fixed and which, if any, of the recommended additions, improvements, and documentation were implemented. |
| **Logging Client / src / README.txt**<br><br>This notice provides guidance to developers using and modifying MonoTorrent to suit a given purpose.  This notice also provides guidance for using MonoTorrent Client, MonoTorrent.Tracker, MonoTorrent.TrackerApp and other code fragments identified. | This notice provides objective evidence that the software license identified above applies to MonoTorrent Client, MonoTorrent.Tracker, and MonoTorrent.TrackerApp. |

# 6.  Summary of Findings

The Functional Description provided in the declaration of Tobias Fieser provides virtually no useful information for assessing the adequacy of the IPTRACKER software and system for a forensics purpose such as detecting possible copyright infringers using the BitTorrent network.  At a minimum, a detailed functional specification accompanied by an architectural design document is needed to assess the reliability and trustworthiness of a complex system such as IPTRACKER.

IPP International has apparently taken the position that IPTRACKER is a forensics tool given copyright infringement by BitTorrent users is allegedly detected. The company should be required to demonstrate that a sound forensics tool validation process be applied to the IPTRACKER system quarterly.

My inspection of the IPTRACKER software suggests that most of the software is open source.  I did not find any objective evidence that any of the software source code was created, modified, or enhanced by IPP International personnel.

Of course there is the possibility that one or more of the developers identified in Table 1 were hired by IPP International to create the IPTRACKER software.  If so claimed, IPP International and the plaintiff should be asked to provide corroborating objective evidence.

The MonoTorrent license notice that the software is free is located at the root node of the IPTRACKER source code. This seems to imply that virtually all of the IPTRACKER software is open source.  Apparently, IPP International takes the position that IPTRACKER is proprietary.

The TODO notice embedded in the software declares that the MonoTorrent software contains many bugs and is incomplete.  Objective evidence should be provided that the software bugs were fixed and which, if any, of the recommended additions, improvements, and documentation were implemented.

My rate is $350.00 per hour.  It took me __ hours to draft, edit, and complete this report including Annexes.

*K. C. T.*

Signed under the Penalty of Perjury,

Kal Toth (Kalman C. Toth)

# Annex A: CV of Dr. Kal Toth, P.Eng.

# Kalman C. Toth Ph.D., P. Eng.

304-1132 SW 19th Ave Portland OR 97205
kalmanctoth@gmail.com      503.984.3531

### *Systems and Software Engineering and Security Technology Professional*

**Background / Experience:**

- Executive leadership for systems, software, quality and IT organizations, projects and teams.
- Technology startups, IT consulting, mission-critical projects.
- Software and systems engineering manager, innovator, and change agent
- Cyber security, identity management, e-commerce, mobile computing, distributed systems, networking, communications, and databases.
- Developed technology solutions, and provided consulting and educational services for government, the financial/banking/brokerage sector, and universities.
- Selected Projects: Air traffic control systems; real-time stock quotation system for mobile devices; security devices and gateways; global secure messaging; on-line learning management systems; search and rescue system.
- Delivered numerous technical and management courses to working professionals.

**Competencies:**

Systems, software and quality engineering, Strategic and business planning, Project management, Identity assurance and security engineering and technology, e-learning / distance education.

**Citizenship and Residency:**  U.S. and Canadian Citizen (dual); U.S. Resident

**Languages:** English (mother tongue), Hungarian (father tongue), and French fluency

**World:** Early IT career with World Health Organization, Geneva; well-travelled in Europe

**Education:**
B. Eng. Electrical Engineering
M. Eng. Systems Engineering and Computer Science
Ph.D. Computer Systems Engineering

**Professional Engineer (P. Eng.):** BC Association of Professional Engineers and Geoscientists

**Training/Education Courses:** E-commerce, software engineering, project management …

**Pacific Northwest Software Quality Conference:** Board member and 2013 Conference Chair

**Portland State University:** Faculty Senate Budget Committee; Intellectual Property/DE Taskforce

**Goose Hollow:**  Vice President of the neighbourhood association's board of directors, 2016

**Patent Pending:** "*Electronic Identity and Credentialing System*", filed USPTO, Oct 1st, 2014

**Publications and Courses:**  Over 100 technical papers, articles, industry reports and courses.

*See also http://www.linkedin.com/pub/kal-toth/2/60b/b19*

**Kalman C. Toth**, Ph.D. P.Eng.

## Key Positions

### NexGenID (2013 - 2014)
- Founded company and created innovative identity and credentialing technology: "Electronic identity and credentialing technology" per above-referenced patent-pending
- Developed detailed functional specification and supported marketing and funding efforts

### aTrust Inc. (2012 - 2013), Chief Technology Officer (CTO)
- Evolved this startup's vision, technology roadmap, and product-line development strategy
- Built and maintained partner/vendor relationships in technology and banking sectors
- Managed and evaluated the distributed development team's progress and performance

### Portland State University (2003-12), Executive Director and Associate Professor
- Directed, enhanced and evolved the Oregon Master of Software Engineering (OMSE) into a fully online learning program for working software professionals in Oregon's hi-tech sector
- Delivered software engineering, project management, quality engineering, distributed team, estimating, and architectural design courses and seminars – both face-to-face and online
- Investigated identity management technologies targeted at the healthcare and banking sectors creating the "Persona Concept", a framework for managing electronic credentials and private data of users across PCs, smart cards, smart phones, and other personal devices

### Oregon State University (2001-2003), Associate Professor Computer Science

### Technical University of British Columbia (1999-2001), Assoc. Prof., Information Technology

### Datalink Systems Corp. (1997-99), Vice President Engineering
- Managed Datalink's technical operations and information technology infrastructure
- Led the development of a web-based service and payment processor for delivering real-time stock quotes, news, sports, and other services to wireless devices - pagers and cell phones
- Worked with marketing/support to develop requirements and rapid response to user problems
- Removed security weaknesses of the previously deployed service center
- Developed replacement architecture with scalability, backup and recovery features

### Hughes Aircraft Systems Division (1992-95), Director of Quality
- Led quality, reliability, maintainability, availability and system safety teams for five (5) large air traffic control projects (Canada, Canadian military, Switzerland, Indonesia and China)
- Leading member of the core team that created the division's innovative iterative software process that was adopted to develop the $400M Canadian air traffic control system (CAATS)
- Created a new process infrastructure for the division's policies, practices and procedures

### CGI Group Inc. (1988-1992), Vice President Systems Engineering & VP Total Quality
- Practice leader across CGI's 10 regional offices for project management, software engineering, quality engineering, configuration management, and software estimating
- Led process improvement initiatives across CGI's US and Canadian offices
- Developed and initiated a strategic plan to implement a company-wide total quality process
- Conducted independent verification and validation of a $50M project to develop a globally secure network across Canada's embassies abroad for External Affairs Canada
- Developed an innovative information security analysis model for Defence Canada

### Intellitech Canada Ltd. (1983-88), Founder & President
- Founded Intellitech, growing it into a 25-person systems engineering and consulting firm
- Conducted numerous design and development projects for distributed information systems, networks and security gateways for military, government and industry clients
- Led the development of Intellitech's secure packet-network product and the delivery of prototypes to Communications Canada – funded by the Canadian National Research Council and the Bank of Montreal, and sponsored by the Communications Security Establishment

### Carleton University (1980-83), Assistant Prof., Systems Engineering and Computer Science

**Conferences and Journal Publications**

- Kalman C Toth, Brewing Next Generation Identity, Pacific Northwest Software Quality Conference, October 2015
- Kalman C Toth, Herman Migliore, Critical Factors Characterizing Projects and Lifecycle Models, PNSQC, October 2013
- Kalman Toth, Learning Software Engineering – Online, Pacific Northwest Software Quality Conference, October 2011
- Kal Toth, An Organizational Approach for Sustaining E-Learning in a Large Urban University, Future of Ed'n, June 2011
- Kal Toth, Software Engineering Online and Hybrid Learning Models at PSU, CATA, March, 2011
- Kal Toth, Raleigh Ledet, Lessons Learned about Distributed Software Team Collaboration, PNSQC, October, 2010
- Kal Toth, Software Estimating: Navigating to the Landing Zone, Computers & their Applications, Honolulu, HI, Mar 2010
- Kal Toth et. al., Distributed Software Engineering Team Collaboration, poster session, PNSQC, October 2009
- Kal Toth, Software Estimating, Flexibility and Principled Negotiation, Computers and their Applications in Industry and Engineering (CAINE), San Francisco, November, 2009
- Kal Toth, Selecting Software Estimating Techniques that Fit the Software Process, Pacific Northwest Software Quality Conference (PNSQC), Portland, Oregon, October, 2008
- Dan Brook, Kal Toth, Levels of Process Ceremony for Software Configuration Management, Pacific Northwest Software Quality Conference (PNSQC), Portland, Oregon, October, 2007
- Kalman C. Toth, A Practical Identity Management Reference Implementation, International Conference on Computers and Their Application (CATA), Honolulu, Hawaii, March 28-30, 2007
- Kal Toth, Experiences with Open Source Software Engineering Tools, IEEE Software, November/December 2006
- Kalman Toth, Persona Concept for Web-Based Identity Management, 2006 International Conference on Privacy, Security and Trust, UOIT, Newmarket, Ontario, Oct 30-November 1 2006
- L. Grove, R. Hickman, W. Matthews, K. Toth, Open Source Software Engineering Tools, Pacific Northwest Software Quality Conference (PNSQC), Portland, Oregon, October 12-13, 2004
- K.C. Toth, M.Subramanium, Requirements for the Persona Concept, Requirements for High Assurance Systems (RHAS'03) workshop, Monterey, CA, September 9, 2003
- K.C. Toth, M. Subramanium, The Persona Concept: A Consumer-Centered Identity Model, MobEA (Emerging Applications for Wireless and Mobile Access), Budapest, Hungary, May 2003
- K.C. Toth, M. Subramanium, Persona Concept for Privacy and Authentication, International Business & Economics Research Journal, June 2003
- K.C. Toth, M. Subramanium, I. Chen, Persona Concept for Privacy and Authentication, International Applied Business Research Conference, Acapulco, Mexico, March 2003; recipient of best paper award
- K.C. Toth and S. Nagboth, A Constraint-Based Personalization Model for E-Business Applications, International Applied Business Research Conference, Acapulco, Mexico, March 2003
- K.C. Toth, S. Nagboth, Intelligent Agents for Business Applications Using Constraint-Based Personalization, International Business & Economics Research (IBER) Journal, May 2002
- K.C. Toth, Software Product Evolution in the Classroom, American Society for Engineering Education / PSW, Fresno, California, April 8, 2002
- K.C. Toth, Simulating (Software) Product Evolution in the Classroom, The Western Canadian Conference on Computing Education (WCCCE), Nelson, British Columbia, May 3, 2001
- K.C. Toth and H. Todino, Instant Internet Intelligence for Wireless Business Applications, International Applied Business Research Conference, Cancun, Mexico, March 2001
- D Cyr, H Trevor-Smith, T Schiphorst & K.C Toth, A Web-Enabled Case Study in Project Management, International Business Education and Technology Conference, Cancun Mexico, March 2001
- K.C. Toth, M.Donat and J. Joyce, Generating Test Cases from Formal Specifications, 1996 International Council of Systems Engineering (INCOSE) Symposium, July 1996
- R. John, J. Madhur, R. Stewart, K. Toth, Software Quality Metrics Process For Large Scale Systems Development, 1996 INCOSE Symposium, July 1996
- K.C. Toth, J.J. Joyce, J. Masters, G. Pelletier, Precise, Unambiguous, Machine-Readable ATC Standards:

Use of "Formal Methods" in the ATC Industry, ATCA Conference Proceedings, September 1995
- K Toth & J. Joyce, Industrialization of Formal Methods Through Process Definition, feature paper at the 1995 National Council on Systems Engineering Symposium, July 1995
- T. Paine, P. Kruchten & K. Toth, Modernizing ATC Through Modern Software Methods, Proceedings of the 38th Annual Air Traffic Control Association, Nashville, Tennessee, October 1993
- M.W.L. Dennison, K.C. Toth & J.F. Clayton, Using a Practical Approach to Threat/Risk Analysis, Third Annual Canadian Computer Security Conference, Ottawa, May 14-16, 1991
- K. Toth, Information Security Architectures, AFCEA '90 (Armed Forces Communications & Electronics Association Technical Conference), Hawaii, November, 1990
- K.C. Toth, Security Architectures for Information Networks, AFCEA Canada '90, April 1990
- H. Adra, J. Allen, K. Toth, Trusted Integrated Project Support Environments, Second Annual Canadian Computer Security Conference, Ottawa, March 1990
- K. Toth, Towards an Improved Information Security Model, 1st Canadian Comp. Security Conf, January 1989
- K. Toth, Security Management in Data Networks, 1st Annual Canadian Computer Security Conf, January 1989
- AC Capel, C Laferriere & K.C Toth, Protecting the Security of X.25 Comm's, Data Com Mag, November 1988
- K.C. Toth, S.A. Mahmoud, J.S. Riordon, Query Processing Strategies in a Distributed Database Architecture, Distributed Data Systems, North-Holland Publishing Co., 1982
- K.C. Toth, S.A. Mahmoud & J.S. Riordon, An Approach to Query Processing in Distributed Databases, Proceedings of the Sixth International Conference on Very Large Data Bases, Montreal, 1980
- Kalman C. Toth, Distributed Database Architecture & Query Processing Strategies, Ph.D. Carleton U 1980
- S.A. Mahmoud, J.S. Riordon & K.C. Toth, Distributed Database Partitioning & Query Processing, G. Bracchi and G.M. Nijessen (ed), Data Base Architecture, IFIP, North Holland, 1979
- S.A. Mahmoud, J.S. Riordon and K.C. Toth, Distributed Database Partitioning and Query Processing Strategies, IFIP Conference on Database Architecture, Venice, June, 1979
- J.S. Riordon, S.A. Mahmoud, K.C. Toth & O. Sherif, Distributed Database Architecture and Query Processing, CIPS/DPMA, Quebec City, June 1979
- K.C. Toth, S.A. Mahmoud, J.S. Riordon, O. Sherif, The ADD System - An Architecture for Distributed Databases, Proc. of the 4th International Conference of Very Large Data Bases, Berlin, September1978
- S.A. Mahmoud & K.C. Toth, Design Considerations for a Mini-Computer Database, MIMI International Conference, Zurich, June 7-9, 1977
- S.A. Mahmoud, J.S. Riordon & K.C. Toth, Design of a Distributed Database File Manager for a Mini-Computer Network, COMPSAC77, Chicago, November 8-11, 1977
- Kalman C. Toth, Contributions to the Synthesis of Computer-Communication Networks, M.Eng. Thesis, Carleton University, Ottawa, April 1972

**Trade Articles**
- "What's the hard part of software development anyway?", Software Assoc. of Oregon, Nov. 2007
- "Better Mileage with Hybrid Learning", with Kathy Milhauser, Software Assoc. of Oregon, June 2007
- "Can Software Engineers Develop Communications Skills Online?", Software Assoc. of Oregon, March 2007
- "Is Online Software Engineering Education for You?", Software Association of Oregon (SAO), February 2007
- "OMSE Exchange: A Software Engineering Clearing House", Software Assoc. of Oregon (SAO), November 2006
- "So Many Engineering Practices: Which to Follow?" (Part III), Software Assoc. of Oregon (SAO), July 2005
- "So Many Engineering Practices: Which to Follow?" (Part II),, Software Assoc. of Oregon (SAO), June 2005
- "So Many Engineering Practices: Which to Follow?" (Part I),, Software Assoc. of Oregon (SAO), May 2005
- "Which is the Right Software Process for your Problem?", Software Assoc. of Oregon (SAO), April 2005
- "Outsourcing Software Development: A Case for Effective Scope Management", SAO, March 2005
- "Why Invest in Software Engineering Education?", SAO, February 2005

**Industry Reports**

- "Requirements for SimbaERP", report to Simba Technologies on the Requirements for a proposed ERP/Data Warehousing product, January, 1999
- System Security and Recovery Procedures, Datalink Systems Corp, January 1999
- "Technology Skills Gap Analysis: B.C. Software Industry", under contract to the Software Development Centre (B.C.) for B.C. Ministry of Education, Skills and Training and the National Research Council, March 1997
- "Process Product Standard", internal Hughes System Division Report, June 1994
- "In-Process Review (IPR) Process", internal Hughes System Division Report, December 1993
- "Change in Development Methodology", internal Hughes Systems Division Report, June 1, 1993
- "Total Quality Implementation Program", internal CGI report to the Management Committee, 1991
- "Total Quality Process: Directions & Priorities", internal CGI report to the Management Committee, 1991
- "TQP: Client Satisfaction Assessment Process", internal CGI guide, 1991
- "Software Quality Assurance Program", internal CGI practice guide, 1990
- "Configuration Management Framework", internal CGI practice guide, 1990
- "EDI and Security", CGI Group report, Dec. 1990
- "COSICS Security Verification Plan", Intellitech report to External Affairs, December, 1988
- "Information Security Model", report to National Defence, November 15, 1988
- "Network Processing Strategy Study", a series of reports to Transport Canada, 1988
- "Data Encryption Equipment Specification", Internal report specifying the components of CryptoNet, Intellitech's X.25/DES product, 1986
- "A Survey of Integrated Project Support Environments", Report to the Department of National Defence, 1986
- "A New Implementation Strategy for Secure Operating Systems", Intellitech Report, March 1986
- "Computer System Study" (Computer Integrated Manufacturing and Manufacturing Requirements Planning), Reports to General Metals Co, El Naser Glass Co. and Delta Steel Mills, 1985/86
- "Search and Rescue Satellite (SARSAT) Aided Tracking System, Ground System Study", five reports regarding Mission Control Centre design to National Defence, 1983 and 1984
- "Design Specification for the NCCS Communications Management System", Atmospheric Env. Serv, January 1984
- "Design & Analysis of Alternatives for the Integrated Data Network", Report to the Department of National Defence, 1982
- "Recovery Mechanisms for the ADD Distributed Database System", Intellitech Report, July 1982 (also presented at a NATO workshop in 1982)
- "Implementation Alternatives and Gateway Considerations for a Data Network to Serve the Defence Research Establishments", Report to the Department of National Defence, 1981
- "Design and Security Considerations for a Gateway to Interconnect SAMSON and DATAPAC", Report to the Department of National Defence, 1980
- "Open System Interconnection: Application Issues Associated with the ISO and CCITT Layered Models", report to the Department of Communications, 1980
- "On Query Decomposition & Processing in Distributed DBs", INRIA Research Report, N. Spyratos & K.C. Toth, 1980
- "Query Processing Strategy Formulation in ADD", Carleton University report, 1979
- "A Modeling Approach to Systems Analysis of Processing Networks", one of five reports to the Department of Communications, Spectrum Management Systems
- "Design Issues in Distributed Databases", Carleton University report
- "Design & Configuration Analysis of an Aeronautical Satellite Comm. Centre (ASCC)", report to Transport Canada

**University Undergraduate and Graduate Courses**

For Portland State University:

- Principles of Software Engineering
- Software Project Management
- Software Quality Engineering
- Software Design Techniques
- Software Estimating
- Distributed Software Engineering Team Collaboration
- Software Engineering Practicum
- Computing Fundamentals II (Visual Basic)
- Senior Capstone projects
- Directed studies on information security and software engineering

For Oregon State University:

- E-Commerce Systems
- Software Engineering I: principles, processes, requirements, OO design, architecture, SPM
- Software Engineering II: implementation, SCM, test techniques, reviews and inspections, SQA

For the Technical University of British Columbia and the University of Alberta:

- Software Engineering Best Practices
- E-Commerce Systems

For the University of British Columbia and Simon Fraser University:

- Software Engineering Best Practices
- Software Project Management
- Professional Issues in Software Engineering
- Software Engineering Team Project

For Carleton University:

- Undergrad course on data structures, databases, programming, and computer architecture

**Workshops, Seminars, Tutorials, Professional Training Courses**

- Professional Development Course in Software Engineering for Regence Group, Portland, Or, June 2007
- "Identity Management Systems", tutorial for IEEE International Computer Software and Applications Conference (COMPSAC), Chicago, September 2006
- Information security seminars for the Assoc. of Prof. Engineers and Geoscientists of British Columbia, 2002 and 2006
- Extending the Reach of Mobile E-Commerce, Software Productivity Centre, June 2000
- Wireless Handheld Technologies and Telelearning, Telelearning Conference, Toronto, November 2000
- E-Commerce Lifecycle, Transactions and Security, MacDonald Dettwiler & Assoc., November 1999
- Personal Software Process (PSP): Software Productivity Centre / MacDonald Dettwiler & Associates, 1997
- WestMOST Software Engineering Telelearning Workshop, Saskatoon, 1998
- Software Project Management (including software process and metrics) at Carleton University, December 1994
- Software Development Methods and Process: Iterative Software Development, for the Canadian Automated Air Traffic System (CAATS) at Hughes Aircraft, Systems Division and Transport Canada, March 1993
- Canadian Automated Air Traffic System, seminars presented at UBC (Computer Science), SFU (Applied Sciences), and Hughes (for staff and graduate students from UVIC, BCIT, SFU and UBC), 1993 and 1994
- Total Quality Management, a series of seminars presented to CGI Group technical staff across Canada,1991 and 1992
- Total Quality Management, lecture to 4th year computer systems engineers at Carleton University, 1991
- Information Security Technology Overview for AFCEA INFOSEC Course, Canadian Forces Base (CFB) Kingston, October 1991

## Annex B: Exhibit 1, Declaration of Tobias Fieser (IPTRACKER)

# EXHIBIT 1

TO:    DECLARATION OF TOBIAS FIESER IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO A RULE 26(f)
CONFERENCE

IPP international LTD.

# FUNCTIONAL DESCRIPTION

IPP international IPTRACKER v1.2.1

Page 2                                March 8, 2011

**Table of contents**

1    Introduction ................................................................................................ 3

2    The program IPP international IPTRACKER v1.2.1 ................................... 4

   2.1    Description of Action ...................................................................... 4

      2.1.1    Filesearch ............................................................................ 4

      2.1.2    Summarization of the procedure ......................................... 4

      2.1.3    Safety of IP and other connection data ............................... 4

      2.1.4    The date and time ................................................................ 4

   2.2    Visualisation of the process .......................................................... 5

   2.3    Description of the most important program functions ................... 6

3    Logdata database ................................................................................... 7

   3.1    Protection of data privacy and data security ................................ 7

4    Addendum ............................................................................................... 8

      Gnutella ...................................................................................... 9

      Gnutella 2 ................................................................................... 9

      eDonkey2000 (Ed2k) ................................................................. 10

      Bittorrent (BT) ............................................................................ 11

      Globally Unique Identifier (GUID) ............................................. 12

      The hash value ........................................................................... 12

Page 3                          March 8, 2011

# 1 Introduction

The following disquisition introduces the software IPP international IPTRACKER. The software was developed to determine copyright violations in peer-to-peer networks (called P2P networks) and to preserve evidences during illegal distribution of copyright protected material.

P2P allows spreading data of every kind (software, music, video etc.) via the Internet fast. The data is saved on the computers of the participants and is distributed by common P2P software products which are available on the internet for free. The Data is usually copied from foreign computers (called download) while other data is sent at the same time (called upload). Every participant can release files on his computer and make it available to others, comparable to the file release function within a local network. The files are copied via direct connection between the computers. P2P networks have millions of users and offer an enormous variety of files.

The procedure itself is legal for data which is not under copyright.

A common description of the operation of most commonly used P2P peer-to-peer techniques used to exchange data on the Internet can be found in the addendum.

Page 4                                    March 8, 2011

# 2  The program IPP international IPTRACKER v1.2.1

## 2.1  Description of Action

### 2.1.1  Filesearch

Once a file is downloaded, verified and definitely allocated to a Rights holder, the hash value is used to determine possible sources on the internet. Different servers, trackers and clients provide lists of IPs where the specific file could or still can be downloaded.

### 2.1.2  Summarization of the procedure

These lists are downloaded from the providing system and computed sequentially. Each IP found in these lists is requested using the common P2P protocol functions. If the requested P2P client confirms the existence of the file on the local hard disc (in the shared folders), the download is started.
If the part downloaded is sufficient to be verified and compared to the original, the IP address and exact time and date is stored in a secure database.
The download process is continued.

After completion of the download process and before the stored information is used for further steps the downloaded data is compared with the original (complete already downloaded and verified file) bit by bit.

### 2.1.3  Safety of IP and other connection data

A direct and continuous connection between the IPTRACKER-server and the uploader of the file is established and exists at least 10 seconds before, during and at least 10 seconds after the capture sequence i.e. during the whole download process.

Optionally the screen can be capture automatically to backup another evidence.

### 2.1.4  The date and time

The (IPTRACKER-) server date and time is synchronised every minute via Network time protocol (NTP). This function is provided by an additional program (Dimension 4 v5.0 http://www.thinkman.com/dimension4).
The synchronization report is saved frequently and redundantly stored on a file server. The time is received from the Federal technological Institute in Brunswick (Physikalisch-Technische Bundesanstalt in Braunschweig) and has a maximum deviation of for 1/10 second (atomic clock).

Several other redundant institutes providing the exact time are stored in an internal database of the program: Dimension 4.

Page 5                                        March 8, 2011

## 2.2 Visualisation of the process



Page 6                                      March 8, 2011

## 2.3   Description of the most important program functions

The IPP international IPTRACKER is based on the hybrid Filesharing client Shareaza 2.4.0.0. All communication interfaces correspond to the specifications of the P2P protocols Bittorrent, Gnutella 1 and 2 as well as ED2k. These interfaces were left invariably in the filesharing client.

The function of the upload in addition was reduced to a minimum (handshaking).
The IPP international IPTRACKER merely stores the data of the hosts connected with, if the package verification succeeds.

- IP address
- port
- exact capture time
- name of the protocol
- filename
- file size
- hash values of the file (SHA1, ED2k, BITH)
- GUID
- username
- clientname
- content downloaded

A screenshot of the host can be made by the IPTRACKER program. The host is marked automatically during the download phase to safeguard another evidence. Not relevant entries are masked. The name of the screenshot is also stored in the database.

To guarantee the immutability of the data, IP, date and time is signed with a private 4096 bit RSA key. The RSA key is included internally in the IPTRACKER program using a precompiled library and can be not read or used elsewhere.

RSA is a recognized asymmetrical encoding procedure which can be used both for the encoding and for the digital signature. It uses a key pair consisting of a private key which is used decode or sign data and a public key with which decoding or signature checks are made possible. Both keys are kept secret.

Page 7                                    March 8, 2011

# 3 Logdata database

The data is stored in a MySQL database. The database server runs locally as a service on the respective server. The connection is established via ODBC driver: MyODBC-3.51.11. The query language is SQL. The IPTRACKER program accesses the database exclusively writing. The entries right-related cannot be changed.

The data is exclusively submitted as data sheets for the assertion of the injured rights.

## 3.1 Protection of data privacy and data security

The rack-servers are stored in a room which is locked and protected with most current security mechanisms.

The database is password protected and stored on an *encrypted* encoded hard disk. The hard disk is encoded with TrueCrypt 6.0 using AES encyption. The password is not saved on any computer, only known by two people and has more than 25 signs. It must be entered manually at every system startup. When the hard disk is removed from the computer or the power supply, it has to be mounted again using the password. *25 signs?*

If the hard disk should be reached by unauthorized people, the data security is therefore ensured at any time.

To maximize data security, the IPTRACKER program offers an implemented program function which permits not only to sign but also to encode completely relevant data. So the data cannot be seen or changed even by persons with direct access to the server.

To create valid entries the secret key pair is necessary. It is not possibly to store data manually at any time.

Only the IPTRACKER program is able to create valid data.

*decrypted*
The data can only be decoded and used by the responsible lawyer, only his software contains the deciphering method and this one in this case also secret (called "public") key.

*what What is a knot" ?*
*node?*

Page 8                                    March 8, 2011

# 4 Addendum
## Basic Knowledge

P2P networks can be subdivided into several groups using their structure and operation.

### Centralized P2P systems
These systems are using a central server to which all knots are connected. All search enquiries from the knots are processed by the server. The basis of P2P systems is the data transmission between the individual knots. A direct connection between the knots is established when the file is found on a specific knot.

The server is the bottle of the neck in this process.

Nowadays centralized P2P systems are of more minor importance.

*database*

### Pure P2P systems without a central instance
There are networks without a central server which do not manage any central data stock (Gnutella1 and Gnutella2 network).

*Gnutella 1*
*Gnutella 2*

### P2P-Filesharing networks via server client protocol
There are networks with one or several central servers which manage information about the users connected at present. This is provided by the Bittorrent and eDonkey network. With the installation of Emule the users receive a list of all users (file: server.met) attached to a server and all released files. Bittorrent and eDonkey cover currently 95% of the exchange activity.

*Bittorrent*
*eDonkey*
*Emule*

Page 9                                          March 8, 2011

## Gnutella

Gnutella is a P2P network decentralized completely which can be observed by the IPP international IP-TRACKER software. "Decentralized" means that every knot uses a similar software and there are no central servers which process search enquiries.

A search query is passed to the neighbouring systems at first. These systems refer the query to their neighbours until the requested file was found. After that a direct connection for the data transmission can be established between searching and offering knot

## Gnutella 2

Gnutella 2 works most largely like the original Gnutella network with a similar connection system but Unicode2 search function with extensive metadata, TigerTree Hashing, and generally faster link speed. A "Partial file Sharing" function was implemented which divides files into parts. It's possible to download these parts from different knots instead of downloading the whole file from one knot.

Some known Gnutella2 clients are:
Shareaza, Morpheus, Gnucleus, adagio, MLDonkey



Page 10                                March 8, 2011

## eDonkey2000 (Ed2k)

The eDonkey2000 peer to peer network needs server to connect the knots. The server only provides lists of files which are available on the individual knots.

Some Edonkey2000 clients are: eMule, eMulePlus, aMule, xMule, MLDonkey, Lphant



Page 11                              March 8, 2011

## Bittorrent (BT)

BitTorrent is used for the fast distribution of large amounts of data in which central servers are controlling the location of the files.

BitTorrent does not behave like a usual P2P network. There is no search function like it is available it at EDonkey or Gnutella clients.

To get all necessary information for a download, a .torrent file is downloaded (from another network or an internet page). It contains all information to start the download.

The Bittorrent participants connect with the so-called tracker of this file and with that with other users who also are interested in at this file. A private network is built.

Trackerless systems were developed in new versions. The tracker function is done by the client software. This avoids some of the previous problems (e.g. the missing failure safety of the trackers).

Some Bittorrent clients are: Shareaza, BitComet, Azureus



12

Page 12                                    March 8, 2011

**Globally Unique Identifier (GUID)**

Every P2P user receives a unique identification which consists of a 32-digit hexadecimal number. The user receives the identification at the moment of the installation of the P2P program. The program generates the GUID from user-specific data. So it is possible that a user has several GUID identifications (e.g. he gets a new GUID at the installation of a network client), however, it is not possible that an allocated GUID is allocated to another user again.

**The hash value**

The hash value is necessary to identify a file.

*pieces*

A special advantage of Bittorrent, eDonkey and Gnutella networks is the fault-free data transmission between the users. Bigger files are subdivided into little packages. For every package a single identification value is generated using known algorithms. The hash value is frequently described as a fingerprint since it is unique similarly like a fingerprint.

i.e. each file exceeding the size of 2 megabytes owes more than one hash value – one for the whole file and one for each package.

Standard operation of common P2P-client programs during the filesharing process:

The client software must guarantee that the received content is always the queried one. Therefore only hash values are requested—filenames are unimportant during the transmission.

After a client received a data package the content has to be verified. Therefore the hash value of the package is generated by the client and compared to the hash value provided before. If the two keys are identical, the downloaded package is accepted. If there are deviations at the comparison, then the package is declined and requested again. The package can also be downloaded from another knot.

All mentioned programs are able to split bigger files into packages and to identify these using hash values independently which program is used for the data exchange. With this it is possible to assign small parts of a file to the original file. It is made sure that the part of the file always belongs to the requested file.

After the whole file is downloaded it will be verified on the whole before the download process is finished and the file is signed as "VERIFIED".

Every network uses different hash algorithms. Bittorrent the so-called "BiTH", eDonkey this one "ED2K", and Gnutella the "SHA1" algorithm.

*diff hash algms
BiTTorrent BiTH
eDonkey → ED2K
Gnutella → SHA1*

The IPP international IPTRACKER is able to generate and compare each hash algorithm listed above.

# Annex C: Validation of Forensics Tools and Software

**Validation of Forensics Tools and Software: A Quick Guide for the Digital Forensic Examiner**
https://www.forensicmag.com/article/2011/03/validation-forensic-tools-and-software-quick-guide-digital-forensic-examiner
Wed, 03/02/2011 - 7:45am by Josh Brunty

Tools and software for digital forensic analysis should be validated quarterly. With the field of digital forensics growing at an almost warp-like speed, there are many issues out there that can disrupt and discredit even the most experienced forensic examiner. One of the issues that continues to be of utmost importance is the validation of the technology and software associated with performing a digital forensic examination. The science of digital forensics is founded on the principles of repeatable processes and quality evidence. Knowing how to design and properly maintain a good validation process is a key requirement for any digital forensic examiner. This article will attempt to outline the issues faced when drafting tool and software validations, the legal standards that should be followed when drafting validations, and a quick overview of what should be included in every validation.

## Setting the Standard: Standards and Legal Baselines for Software/Tool Validation

According to the National Institute of Standards and Technology (NIST), test results must be *repeatable* and *reproducible* to be considered admissible as electronic evidence. Digital forensics test results are repeatable when the same results are obtained using the same methods in the same testing environment. Digital forensics test results are reproducible when the same test results are obtained using the same method in a different testing environment (different mobile phone, hard drive, and so on). NIST specifically defines these terms as follows:

**Repeatability** refers to obtaining the same results when using the same method on identical test items in the same laboratory by the same operator using the same equipment within short intervals of time.

**Reproducibility** refers to obtaining the same results being obtained when using the same method on identical test items in different laboratories with different operators utilizing different equipment.

In the legal community, the Daubert Standard can be used for guidance when drafting software/tool validations. The Daubert Standard allows novel tests to be admitted in court, as long as certain criteria are met. According to the ruling in *Daubert v. Merrell Dow Pharmaceuticals Inc.* the following criteria were identified to determine the reliability of a particular scientific technique:

1. Has the method in question undergone empirical testing?
2. Has the method been subjected to peer review?
3. Does the method have any known or potential error rate?
4. Do standards exist for the control of the technique's operation?
5. Has the method received general acceptance in the relevant scientific community?

The Daubert Standard requires an independent judicial assessment of the reliability of the scientific test or method. This reliability assessment, however, does not require, nor does it permit, explicit identification of a relevant scientific community and an express determination of a particular degree of acceptance within that community. Additionally, the Daubert Standard was quick to point out that the fact that a theory or technique has not been subjected to peer review or has not been published does not automatically render the tool/software inadmissible. The ruling recognizes that scientific principles must be flexible and must be the product of reliable principles and methods. Although the Daubert Standard was in no way directed toward digital forensics validations, the scientific baselines and methods it suggests are a good starting point for drafting validation reports that will hold up in a court of law and the digital forensics community.

## The Scientific Method and Software/Tool Validations: A Perfect Fit

In the *Daubert* ruling, The Court defined scientific methodology as "the process of formulating hypotheses and then conducting experiments to prove or falsify the hypothesis." The Scientific Method refers to a body of techniques for investigating phenomena, acquiring new knowledge, or correcting and integrating previous knowledge. To be termed scientific, the method must be based on gathering, observing, or investigating, and showing measurable and repeatable results. Most of the time, the scientific process starts with a simple question that leads to a hypothesis, which then leads to experimentation, and an ultimate conclusion. To exemplify, if you are validating a particular hardware write blocking device you may want to start with the simple question "Does this tool successfully allow normal write-block operation to occur to source media?" Since it is assumed that the write-blocking device supports various types of media (SATA, IDE, and so on) you may be required to list the various requirements of the tool. Because if this, it is good practice for an examiner to use the scientific method as a baseline for formulating digital forensic validations. It is recommended that forensic examiners follow these four basic steps as a starting point for an internal validation program:

1) Develop the Plan

Developing the scope of the plan may involve background and defining what the software or tool should do in a detailed fashion. Developing the scope of the plan also involves creating a protocol for testing by outlining the steps, tools, and requirements of such tools to be used during the test. This may include evaluation of multiple test scenarios for the same software or tool. To illustrate, if validating a particular forensic software imaging tool, that tool could be tested to determine whether or not it successfully creates, hashes, and verifies a particular baseline image that has been previously setup. There are several publically available resources and guides that can be useful in establishing what a tool should do such as those available from NIST's Computer Forensic Tool Testing Project (CFTT) available from http://www.cftt.nist.gov. The CFTT also publishes detailed validation reports on various types of forensic hardware and software ranging from mobile phones to disk imaging tools. In addition to CFTT, Marshall University has published various software and tool validation reports that are publically available for download from http://forensics.marshall.edu/Digital/Digital-Publications.html. These detailed reports can be used to get a feel for how your own internal protocol should be drafted.

The scope of the plan may also include items such as: tool version, testing manufacturer, and how often the tests will be done. These factors should be established based on your organization standards. Typically, technology within a lab setting is re-validated quarterly or biannually at the very least.

## 2) Develop a Controlled Data Set

This area may be the longest and most difficult part of the validation process as it is the most involved. This is because it involves setting-up specific devices and baseline images and then adding data to the specific areas of the media or device. Acquisitions would then need to be performed and documented after each addition to validate the primary baseline. This baseline may include a dummy mobile phone, USB thumb drive, or hard drive depending on the software or hardware tool you are testing. In addition to building your own baseline images, Brian Carrier has posted several publically available disk images designed to test specific tool capabilities, such as the ability to recover deleted files, find keywords, and process images. These data sets are documented and are available at http://dftt.sourceforge.net. Once baseline images are created, tested, and validated it is a good idea to document what is contained within these images. This will not only assist in future validations, but may also be handy for internal competency and proficiency examinations for digital examiners.

## 3) Conduct the Tests in a Controlled Environment

Outside all the recommendations and standards set forth by NIST and the legal community, it only makes sense that a digital forensics examiner would perform an internal validation of the software and tools being used in the laboratory. In some cases these validations are arbitrary and can occur either in a controlled or uncontrolled environment. Since examiners are continuously bearing enormous caseloads and work responsibilities, consistent and proper validations sometimes fall through the cracks and are validated in a somewhat uncontrolled "on-the-fly" manner. It's also a common practice in digital forensics for examiners to "borrow" validations from other laboratories and fail to validate their own software and tools. Be very careful with letting this happen. Keep in mind that in order for digital forensics to be practicing true scientific principles, the processes used must be proven to be repeatable and reproducible. In order for this to occur, the validation should occur within a controlled environment within your laboratory with the tools that you will be using. If the examiner uses a process, software, or even a tool that is haphazard or too varied from one examination to the next, the science then becomes more of an arbitrary art. Simply put, validations not only protect the integrity of the evidence, they may also protect your credibility. As stated previously, using a repeatable, consistent, scientific method in drafting these validations is always recommended.

## 4) Validate the Test Results against Known and Expected Results

At this point, testing is conducted against the requirements set forth for the software or tool in the previous steps. Keep in mind that results generated through the experimentation and validation stage must be repeatable. Validation should go beyond a simple surface scan when it comes to the use of those technologies in a scientific process. With that said, it is recommended that each requirement be tested at least three times. If there are any variables that may affect the outcome of the validation (e.g. failure to write-block, software bugs) they should be determined after three test runs. There may be cases, however, where more or fewer test runs may be required to generate valid results.

It's also important to realize that you are probably not the first to use and validate a particular software or tool, so chances are that if you are experiencing inconsistent results, the community may be experiencing the same results as well. Utilizing peer review may be a valuable asset when performing these validations. Organizations such as the High Technology Crime Investigation Association (HTCIA) and the International Association of Computer Investigative Specialists (IACIS) maintain active member e-mail lists for members that can be leveraged for peer review. There are also various lists and message boards pertaining to mobile phone forensics that can be quite helpful when validating a new mobile technology. In addition, most forensic software vendors maintain message boards for software, which can be used to research bugs or inconsistencies arising during validation testing.

## Conclusion

Real world laboratory use, controlled internal tests utilizing scientific principles, and peer review should all be leveraged in a validation test plan. Sharing unique results with the digital forensics community at-large helps investigators, examiners, and even software and tool vendors ensure that current best practices are followed. As the field of digital forensics continues to grow and evolve as a science the importance of proper scientific validation will be more important than ever.

**References**
1.  Brown, C. "Computer Evidence: Collection & Preservation." Hingham: Thomson/Delmar. 2006.
2.  Carrier, B. "Digital Forensics Tool Testing Images." Accessed 06 Feb 2011. http://dftt.sourceforge.net/.
3.  *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).
4.  High Technology Crime Investigation Association, Accessed 06 Feb 2011. www.htcia.org.
5.  International Association of Computer Investigative Specialists, Accessed 06 Feb 2011. www.iacis.org.
6.  Maras, MH. Computer Forensics: Cybercriminals, Laws, and Evidence. Sudbury: Jones & Bartlett. 2011.
7.  7. Marshall University Forensic Science Center-Digital Publications, Accessed 06 Feb 2011. http://forensics.marshall.edu/Digital/Digital-Publications.html.
8.  NIST Computer Forensic Tool Testing Project. Accessed 06 Feb 2011. www.cftt.nist.gov.
9.  Shroader, A. "How to Validate Your Forensic Tools." Orem: Paraben Corp. 2010.

***Josh Brunty*** *currently manages the digital forensics graduate program and the digital forensics research and casework laboratories at the Marshall University Forensic Science Center in Huntington, WV. Josh holds numerous certifications within the digital forensics discipline including: AccessData Certified Examiner (ACE), Computer Hacking Forensic Examiner (CHFI), Seized Computer Evidence Recovery Specialist (SCERS), and is certified in Information Assessment Methodology (NSA-IAM). He has developed a variety of digital forensics training curriculum; including past recertification scenarios/exams for the International Association of Computer Investigative Specialists (IACIS). Josh is an active member of the Mid-Atlantic Association of the High Technology Crime Investigation Association (HTCIA) and the Digital-Multimedia Sciences section of the American Academy of Forensic Sciences (AAFS). He can be reached at josh.brunty@marshall.edu.*

Annex D: MaverickEye Preliminary Software Inspection Report

MaverickEye Preliminary Source Code Inspection Report                    12/14/2017

| | Size | Note | Observations |
|---|---|---|---|
| **MaverickEye/** | | | |
| Logging Client.rar | 5.06MB | | Unremarkable (an archive) |
| **Logging Client/** | 17.1MB | | Why is this name used?  Was all the cource code provided? |
| Makefile | 1.7KB | | Unremarkable |
| configure | 1.24KB | | Unremarkable |
| **src/** | 17.1MB | | |
| TODO | | Annex E | **Completeness:** "There's still **loads of work** to be done to make this a fully fledged Bittorrent Client" indicating 4 features to be **improved**, 3 features to be **added**, and the need to improve **documentation**; Code Quality: "If anyone finds **bugs** or anything in the code (**which I'm sure there are many**) feel free to drop me an email" indicates **MonoTorrent is open source SW**. |
| script | | | Unremarkable |
| README | | Annex E | Instructions to developers for building and using the MonoTorrent code.  The code is in MonoTorrent.Tracker (see ...MonoTorrent/). MonoTorrent.TrackerApp contains sample tracker implementation. |
| MonoTorrent.sln | | | A visual studio development session. |
| LICENSE | | Annex E | Authors: **Alan McGovern and Olivier Dufour;** Copyright 2006 **Alan McGovern** unlimited permissions, no warranty. |
| build.xml | | | Unremarkable |
| **TrackerApp/** | 274KB | | |
| trackerapp.in | | | Unremarkable |
| TrackerApp.csproj | | | Unremarkable |
| StressTest.cs | | | Unremarkable |
| Main.cs | | | Author and 2006 copyright Gregor Burger, burger.gregor@gmail.com |
| ChangeLog | | | Several changes logged by Alan McGovern 2007 to 2009 |
| AssemblyInfo.cs | | | Author and 2006 copyright Gregor Burger, burger.gregor@gmail.com |
| app.config | | | Unremarkable |
| **obj/** | | | |
| **Debug/** | | | Unremarkable: Folder contains one empty sub-folder, 1 file containing log records,and 7 files that cannot be opened, are empty or contain junk |

MaverickEye Preliminary Source Code Inspection Report                    12/14/2017

| | | |
|---|---|---|
| **Release/** | | Unremarkable: Folder contains one empty sub-folder, 1 file containing log records, and 7 files that cannot be opened, are empty or contain junk |
| **SharpPcap/** | **2.59MB** | Open Source SW under GNU LGPL for protocol capture; most of the code is fairly well-documented |
| \*\*\*\*\*\*\*\*\*.cs (22 files + 1 image) | | Most files are copyright Chris Morgan, Tamir Gal Philip Lemon (2005 to 2011 |
| **WinPcap/** (13 files) | | Most files are copyright Chris Morgan, Tamir Gal Philip Lemon (2005 to 2011 |
| **PacketDotNet/** | | 1 unremarkable XML file plus dll (non-text file) |
| obj/debug/ | | 1 empty folder + 8 unremarkable files: 2 are non-text and 3 are empty |
| **LibPcap/** | | Ditto ...code is well commented |
| docs/Api/SharpPcap.xml | | Unremarkable |
| **bin/Debug/** (5 files) | | Unremarkable: 2 XML + derived dll (non-text) + file containing junk |
| **AirPcap/** (23 files) | | Most files are copyright of Chris Morgan |
| Samples/ | 6.9KB | |
| ClientSample.cs | | Unremarkable |
| Program.cs | | Unremarkable |
| Samples.csproj | | Unremarkable |
| **SampleClient/** | 493KB | |
| \*\*\*\*\*\*\*\*\*.cs (3 files) | | Unremarkable – 3 file(s) minimally commented |
| **TestClient.suo** | | Non-text file |
| \*\*\*\*\*\*\*\*\*.cs (6 files) | | Unremarkable – 6 file(s) minimally commented |
| Properties/ (3files) | | Unremarkable |
| **obj/** | | |
| **Debug/** | | 1 empty folder + 13 unremarkable files: 2 are non-text and 3 are empty |
| **Release/** | | 1 empty folder + 8 unremarkable files: 2 are non-text and 3 are empty |
| **MonoTorrent.Tests/** | 328KB | Unremarkable – file void of meaningful comments |
| MonoTorrent.Tests.csproj | | Unremarkable – contains 3 file(s) with minimal comments |
| **Tracker/** (3 files) | | |
| AssemblyInfo.cs | | 1 file copyright Alan McGovern 2008,alan.mcgovern@gmail.com |
| \*\*\*\*\*\*\*\*\*.cs (8 files) | | Unremarkable – 8 file(s) minimally commented |
| **Dht/** | | Copyright (C) 2008 Olivier Dufour olivier.duff@gmail.com |
| TokenTest.cs | | |

Page 2                                                                    Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                                    12/14/2017

**Common/**

| | | |
|---|---|---|
| BEncodingTest.cs | | Unremarkable – 8 file(s) minimally commented |
| BitFieldTest.cs | | Copyright (C) 2006 Alan McGovern |
| ********** .cs (8 files) | | Copyright (C) 2006 Alan McGovern |
| | | Unremarkable – 8 file(s) minimally commented |
| TorrentTest.cs | | Copyright (C) 2006 Alan McGovern |
| UriQueryBuilderTests.cs | | Copyright (C) 2009 Olivier Dufour and Alan McGovern |

**Client/**

| | | |
|---|---|---|
| AllowedFastAlgorithmTest.cs | | Copyright (C) 2006 Alan McGovern |
| ********** .cs (2 files) | | Unremarkable – 2 file(s) minimally commented |
| DiskWriterTests.cs | | Copyright (C) 2009 Alan McGovern |
| EndGamePickerTests.cs | | Unremarkable |
| FileManager.cs | | DiskWriterTests.cs |
| HttpTrackerTests.cs | | Unremarkable |
| InitialSeedingModeTest.cs | | Unremarkable |
| InitialSeedUnchokerTests.cs | | Copyright (C) 2009 Alan McGovern |
| ********** .cs (5 files) | | Unremarkable – 5 file(s) minimally commented |
| NetworkIOTests.cs | | Copyright (C) 2010 Alan McGovern |
| NullWriter.cs | | Copyright (C) 2009 Alan McGovern |
| PeerMessagesTest.cs | | Copyright (C) 2006 Alan McGovern |
| PeerTest.cs | | Copyright (C) 2008 Alan McGovern |
| ********** .cs (5 files) | | Unremarkable – 3 file(s) minimally commented |
| PriorityPickerTests.cs | | Copyright (C) 2008 Alan McGovern |
| ********** .cs (5 files) | | Unremarkable – 5 file(s) minimally commented |
| TestPicker.cs | | Copyright (C) 2008 Alan McGovern |
| ********** .cs (4 files) | | Unremarkable – 4 file(s) minimally commented |
| TransferTest.cs | | Copyright (C) 2008 Alan McGovern |
| UdpTrackerTests.cs | | Copyright (C) 2008 Alan McGovern |

**MonoTorrent.Dht/**

| | | |
|---|---|---|
| TransactionId.cs | 373KB | Unremarkable |
| monotorrent.dht.pc.in | | Unremarkable |
| MonoTorrent.Dht.csproj | | Unremarkable |
| MessageLoop.cs | | Copyright (C) 2008 Alan McGovern |
| MessageFactory.cs | | Copyright (C) 2008 Alan McGovern |
| MessageException.cs | | Unremarkable |
| Message.cs | | Copyright (C) 2008 Alan McGovern |
| DhtEngine.cs | | Copyright (C) 2008 Alan McGovern |

Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                                    12/14/2017

BigInteger.cs                          Copyright (c) 2003 Ben Maurer, 2002 Chew Keong TAN, 2004, 2007
                                       Novell, Sebastien Pouliot <sebastien@ximian.com>

AssemblyInfo.cs                        Unremarkable

**Tasks/**

AnnounceTask.cs                        Unremarkable
GetPeersTask.cs                        Unremarkable
InitialiseTask.cs                      Unremarkable
ITask.cs                               Unremarkable
RefreshBucketTask.cs                   Unremarkable
ReplaceNodeTask.cs                     Unremarkable
SendMessageTask.cs                     Unremarkable
Task.cs                                Unremarkable

**RoutingTable**

Bucket.cs                              Copyright (C) 2008 Alan McGovern, Jérémie Laval
                                       <jeremie.laval@gmail.com>
RoutingTable.cs                        Copyright (C) 2008 Alan McGovern

**obj/**

**Debug/**                             1 empty folder + 10 unremarkable files: 2 are non-text and 3 are
                                       empty

**Release/**                           1 empty folder + 8 unremarkable files: 2 are non-text and 3 are empty

**Nodes/**

Node.cs                                Copyright (C) 2008 Alan McGovern, Jérémie Laval
NodeId.cs                              Copyright (C) 2008 Alan McGovern, Jérémie Laval
NodeState.cs                           Copyright (C) 2008 Alan McGovern, Jérémie Laval
TokenManager.cs                        Copyright (C) 2008 Olivier Dufour <olivier.duff@gmail.com>

**Messages/**

**Errors/**

ErrorMessage.cs                        Copyright (C) 2008 Alan McGovern

**Queries/**

AnnouncePeer.cs                        Copyright (C) 2008 Alan McGovern
FindNode.cs                            Copyright (C) 2008 Alan McGovern
GetPeers.cs                            Copyright (C) 2008 Alan McGovern
Ping.cs                                Copyright (C) 2008 Alan McGovern
QueryMessage.cs                        Copyright (C) 2008 Alan McGovern

**Responses/**

AnnouncePeerResponse.cs                Copyright (C) 2008 Alan McGovern

Page 4                                                              Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report

12/14/2017

| File | Notes |
|---|---|
| FindNodeResponse.cs | Copyright (C) 2008 Alan McGovern |
| GetPeersResponse.cs | Copyright (C) 2008 Alan McGovern |
| PingResponse.cs | Copyright (C) 2008 Alan McGovern |
| ResponseMessage.cs | Copyright (C) 2008 Alan McGovern |
| **Listeners/** | |
| DhtListener.cs | Unremarkable |
| **EventArgs/** | |
| NodeAddedEventArgs.cs | Unremarkable |
| NodeFoundEventArgs.cs | Copyright (C) 2008 Olivier Dufour |
| SendMessageEventArgs.cs | Unremarkable |
| TaskCompleteEventArgs.cs | Unremarkable |
| **MonoTorrent/** 3.71MB | |
| monotorrent.pc.in | Unremarkable |
| MonoTorrent.csproj | Project file – otherwise unremarkable |
| LogManager.cs | Imported from SharpDc project, written by Vladislav Pozdnyakov (hackward@gmail.com) 2012–2013, licensed under the LGPL |
| DBConnect.cs | Database integration component otherwise unremarkable |
| ChangeLog | Several changes logged by Alan McGovern 2007 to 2009 |
| AssemblyInfo.cs.in | Copyright Alan McGovern, Gregor Buguer, MIT X11 Licensed |
| AssemblyInfo.cs | Copyright Alan McGovern, Gregor Buguer, MIT X11 Licensed |
| **obj/** | |
| **Debug/** | Unremarkable: Folder contains one empty sub-folder, 1 file containing log records, and 5 files that cannot be opened, are empty or contain junk |
| **Release/** | Unremarkable: Folder contains one empty sub-folder, 1 file containing log records, and 5 files that cannot be opened, are empty or contain junk |
| **MonoTorrent.Tracker/** | |
| Tracker.cs | Author and Copyright 2006: **Gregor Burger** burger.gregor@gmail.com, open permissions, no warranty |
| SimpleTorrentManager.cs | Author and Copyright 2006: **Gregor Burger**, open permissions, no warranty |
| RequestParameters.cs | Unremarkable |
| RequestMonitor.cs | Unremarkable |
| Peer.cs | Author and 2006 Copyright: **Gregor Burger**, open permissions, no warranty |
| Itrackable.cs | Unremarkable |

Page 5

Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report    12/14/2017

| File | | Notes |
|---|---|---|
| IPAddressComparer.cs | | Unremarkable |
| InfoHashTrackable.cs | | Unremarkable |
| ChangeLog | | Multiple changes logged 2007-2009 by Alan McGovern alan.mcgovern@gmail.com |
| **Listeners/** | | |
| HttpListener.cs | | Copyright 2006: **Gregor Burger**, open permissions, no warranty |
| ListenerBase.cs | | Unremarkable |
| ManualListener.cs | | Unremarkable |
| UdpListener.cs | | Copyright 2006: **Olivier Dufour**, olivier.duff@gmail.com, open, no warranty |
| **Frontend/** | | |
| AnnounceParameters.cs | | Author and Copyright 2006: **Gregor Burger**, open permissions, no warranty |
| ChangeLog | Empty | **Empty File** |
| global.asax | | Unremarkable |
| index.aspx | | Unremarkable |
| ScrapeParameters.cs | | Author and Copyright 2006: **Gregor Burger**, open permissions, no warranty |
| web.config | | Unremarkable |
| **Exceptions/** | | |
| TrackerException.cs | | Unremarkable |
| **EventArgs/** | | |
| AnnounceEventArgs.cs | | Unremarkable |
| PeerEventArgs.cs | | Unremarkable |
| ScrapeEventArgs.cs | | Unremarkable |
| TimedOutEventArgs.cs | | Unremarkable |
| **MonoTorrent.TorrentWatchers** | | |
| ITorrentWatcher.cs | | Copyright 2006 Stephane Zanoni <stephane@ethernal.net> |
| TorrentFolderWatcher.cs | | Copyright 2006 Stephane Zanoni stephane@ethernal.net |
| TorrentWatcherEventArgs.cs | | Copyright 2006 Stephane Zanoni stephane@ethernal.net |
| TorrentWatchers.cs | | Copyright 2006 Stephane Zanoni stephane@ethernal.net |
| **MonoTorrent.Common** | | |
| AsyncResult.cs | | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| BitField.cs | | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |

Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                                                12/14/2017

| File | Description |
|---|---|
| Cache.cs | Author and 2009 copyright, Alan McGovern, unlimited permissions, no warranty |
| ChangeLog | Change records 2008-2009 by Alan McGovern |
| Check.cs | Unremarkable |
| EditableTorrent.cs | Unremarkable |
| Enums.cs | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |
| FileMapping.cs | Author and 2009 copyright, Alan McGovern, unlimited permissions, no warranty |
| HashAlgoFactory.cs | Author and 2009 copyright, Alan McGovern, unlimited permissions, no warranty |
| Hashes.cs | Unremarkable |
| ICacheable.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| IFileSource.cs | Unremarkable |
| InfoHash.cs | Unremarkable |
| MagnetLink.cs | Unremarkable |
| MonoTorrentCollectionBase.cs | Unremarkable |
| PeerID.cs | Authors: Gregor Burger burger.gregor@gmail.com, Alan McGovern, alan.mcgovern@gmail.com, Copyright (C) 2006 Gregor Burger, unlimited permissions, no warranty |
| RawTrackerTier.cs | Unremarkable |
| RawTrackerTiers.cs | Unremarkable |
| SpeedMonitor.cs | Author and 2010 copyright, Alan McGovern, unlimited permissions, no warranty |
| TimeoutDispatcher.cs | Author: Aaron Bockover abockover@novell.com Copyright (C) 2008 Novell, Inc., unlimited permissions, no warranty |
| ToolBox.cs | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |
| Torrent.cs | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |
| TorrentCreator.cs | Authors: Gregor Burger burger.gregor@gmail.com, Alan McGovern alan.mcgovern@gmail.com, Copyright 2006-2007 Gregor Burger & Alan McGovern, unlimited permissions, no warranty |
| TorrentCreatorAsyncResult.cs | Unremarkable |
| TorrentEditor.cs | Author and 2010 copyright, Alan McGovern, unlimited permissions, no warranty |

Page 7                                                                                  Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                                    12/14/2017

| File | Description |
|---|---|
| TorrentException.cs | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |
| TorrentFile.cs | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |
| TorrentFileSource.cs | Unremarkable |
| UriHelper.cs | Patrik Torstensson Patrik.Torstensson@labs2.com, Wictor WilÃ©n (decode/encode functions) wictor@ibizkit.se, Tim Coleman tim@timcoleman.com), Gonzalo Paniagua Javier gonzalo@ximian.com, Marek Habersack mhabersack@novell.com, Copyright 2005-2010 Novell, Inc http://www.novell.com |
| UriQueryBuilder.cs | Authors: Olivier Dufour olivier.duff@gmail.com, Alan McGovern alan.mcgovern@gmail.com, Copyright (C) 2009 Olivier Dufour, Alan McGovern, unlimited permissions, no warranty |
| VersionInfo.cs | Author and 2006 copyright, Alan McGovern, unlimited permissions, no warranty |
| **MonoTorrent.Client** | |
| WaitHandleGroup.cs | Unremarkable |
| TransferType.cs | Unremarkable |
| TorrentFileStream.cs | Unremarkable |
| Piece.cs | Copyright (C) 2006 Alan McGovern |
| PeerIO.cs | Copyright (C) 2010 Alan McGovern |
| NullDhtEngine.cs | Copyright (C) 2009 Alan McGovern |
| NetworkIO.cs | Copyright (C) 2008 Alan McGovern |
| Mono.Security.dll | dll (non text) |
| MainLoop.cs | Copyright (C) 2008 Alan McGovern |
| Logger.cs | Unremarkable |
| IDhtEngine.cs | Copyright (C) 2009 Alan McGovern |
| FileStreamBuffer.cs | Unremarkable |
| CodeRoadmap.txt | Interesting   (not code) Road map (plan for restructuring) the MonoTorrent Client |
| ClientEngine.cs | Copyright (C) 2006 Alan McGovern |
| CLASS DESCRIPTION | Documents class in MonoTorrent (undated therefore relevancy uncertain) |
| ChangeLog | Change records in 2008 by Alan McGovern |
| Block.cs | Copyright (C) 2006 Alan McGovern |
| AsyncIOState.cs | Copyright (C) 2008 Alan McGovern |
| AsyncConnectState.cs | Copyright (C) 2010 Alan McGovern |
| AllowedFastAlgorithm.cs | Copyright (C) 2006 Alan McGovern |

Page 8                                                           Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                                                12/14/2017

**AllowedFastAlgorithm.cs/**
InitialSeedUnchoker.cs          Copyright (C) 2009 Alan McGovern
IUnchoker.cs                    Copyright (C) 2009 Alan McGovern
Unchoker.cs                     Copyright (C) 2009 Alan McGovern

**Tracker/**
AnnounceParameters.cs           Unremarkable
HTTPTracker.cs                  Copyright (C) 2007 Eric Butler, eric@extremeboredom.net
ITracker.cs                     Unremarkable
ScrapeParameters.cs             Unremarkable
Tracker.cs                      Copyright (C) 2006 Alan McGovern
TrackerConnectionId.cs          Copyright (C) 2006 Alan McGovern
TrackerFactory.cs               Copyright (C) 2007 Eric Butler (co-authored with Alan McGovern
TrackerTier.cs                  Unremarkable
UdpTracker.cs                   Unremarkable

**Tasks/**
DelegateTask.cs                 Unremarkable
Task.cs                         Copyright (C) 2008 Alan McGovern

**Settings/**
ChangeLog                       One change record: 2008-06-05  Alan McGovern
EngineSettings.cs               Copyright (C) 2006 Alan McGovern
TorrentSettings.cs              Copyright (C) 2006 Alan McGovern

**RateLimiters/**
DiskWriterLimiter.cs            Copyright (C) 2009 Alan McGovern
IRateLimiter.cs                 Copyright (C) 2009 Alan McGovern
PauseLimiter.cs                 Copyright (C) 2009 Alan McGovern
RateLimiter.cs                  Copyright (C) 2006 Alan McGovern
RateLimiterGroup.cs             Copyright (C) 2009 Alan McGovern

**PieceWriter/**
DiskWriter.cs                   Unremarkable
IPieceWriter.cs                 Unremarkable
MemoryWriter.cs                 Unremarkable
NtfsSparseFile.cs               Unremarkable
PieceData.cs                    Unremarkable
PieceWriter.cs                  Unremarkable

**PiecePicking/**
ChangeLog                       Change records in 2008 and 2009 by Alan McGovern

MaverickEye Preliminary Source Code Inspection Report                    12/14/2017

EndGamePicker.cs              Copyright (C) 2008 Alan McGovern
EndGameSwitcher.cs            Copyright (C) 2009 Alan McGovern
IgnoringPicker.cs             Copyright (C) 2008 Alan McGovern
LoggingPicker.cs              Copyright (C) 2009 Alan McGovern
NullPicker.cs                 Copyright (C) 2009 Alan McGovern
PiecePicker.cs                Copyright (C) 2008 Alan McGovern
PriorityPicker.cs             Copyright (C) 2008 Alan McGovern
RandomisedPicker.cs           Copyright (C) 2008 Alan McGovern
RarestFirstPicker.cs          Copyright (C) 2008 Alan McGovern
SlidingWindowPicker.cs        Copyright (C) 2006 Karthik Kailash karthik.l.kailash@gmail.com,
                              David Sanghera dsanghera@gmail.com

SortedList.cs                 Copyright (C) 2008 Alan McGovern
StandardPicker.cs             Copyright (C) 2006 Alan McGovern

**Peers/**
ChangeLog                     2008-01-12  Alan McGovern <alan.mcgovern@gmail.com>
Peer.cs                       Copyright (C) 2006 Alan McGovern
PeerList.cs                   Unremarkable

**PeerConnections/**
ChangeLog                     2008 Change Records by Alan McGovern
ConnectionFactory.cs          Unremarkable
HTTPConnection.cs             Copyright (C) 2006 Alan McGovern
HttpRequestData.cs            Unremarkable
IConnection.cs                Unremarkable
IPV6Connection.cs             Unremarkable
PeerId.cs                     Copyright (C) 2006 Alan McGovern
TCPConnection.cs              Copyright (C) 2006 Alan McGovern

**NetworkIO/**
ReceiveMessageState.cs        Copyright (C) 2010 Alan McGovern
State.cs                      Copyright (C) 2010 Alan McGovern

**Modes/**
DownloadMode.cs               Unremarkable
ErrorMode.cs                  Unremarkable
HashingMode.cs                Unremarkable
InitialSeedingMode.cs         Copyright (C) 2009 Alan McGovern
MetadataMode.cs               Copyright (C) 2009 Olivier Dufour, co-authored with Alan McGovern

Page 10                                                          Dr. Kal Toth, P.Eng.

12/14/2017

MaverickEye Preliminary Source Code Inspection Report

| | |
|---|---|
| Mode.cs | Copyright (C) 2009 Alan McGovern |
| PausedMode.cs | Unremarkable |
| StoppedMode.cs | Unremarkable |
| StoppingMode.cs | Unremarkable |
| **Messages/** | |
| UnknownMessage.cs | Empty File |
| PeerMessage.cs | Unremarkable |
| MessageBundle.cs | Unremarkable |
| Message.cs | Copyright (C) 2008 Alan McGovern |
| IMessage.cs | Unremarkable |
| **uTorrent/** | |
| PeerExchangeMessage.cs | Unremarkable |
| **UdpTrackerMessages/** | |
| UdpTrackerMessage.cs | Copyright (C) 2008 Alan McGovern |
| ScrapeResponseMessage.cs | Copyright (C) 2008 Alan McGovern |
| ScrapeMessage.cs | Copyright (C) 2008 Alan McGovern |
| ScrapeDetails.cs | Copyright (C) 2008 Alan McGover |
| MessageType.cs | Copyright (C) 2008 Alan McGover |
| ErrorMessage.cs | Copyright (C) 2008 Alan McGover |
| ConnectResponseMessage.cs | Copyright (C) 2008 Alan McGover |
| ConnectMessage.cs | Copyright (C) 2008 Alan McGover |
| AnnounceResponseMessage.cs | Copyright (C) 2008 Alan McGover |
| AnnounceMessage.cs | Unremarkable |
| **Extensions/** | |
| AuthenticationMessage.cs | Unremarkable |
| **StandardMessages/** | |
| BitfieldMessage.cs | Copyright (C) 2006 Alan McGovern |
| CancelMessage.cs | Copyright (C) 2006 Alan McGovern |
| ChangeLog | 2008-02-02 Alan McGovern |
| ChokeMessage.cs | Copyright (C) 2006 Alan McGovern |
| HandshakeMessage.cs | Copyright (C) 2006 Alan McGovern |
| HaveMessage.cs | Copyright (C) 2006 Alan McGovern |
| InterestedMessage.cs | Copyright (C) 2006 Alan McGovern |
| KeepAliveMessage.cs | Copyright (C) 2006 Alan McGovern |
| NotInterestedMessage.cs | Copyright (C) 2006 Alan McGovern |
| PieceMessage.cs | Copyright (C) 2006 Alan McGovern |

Dr. Kal Toth, P.Eng.

Page 11

MaverickEye Preliminary Source Code Inspection Report                                          12/14/2017

| | |
|---|---|
| PortMessage.cs | Copyright (C) 2006 Alan McGovern |
| RequestMessage.cs | Copyright (C) 2006 Alan McGovern |
| UnchokeMessage.cs | Copyright (C) 2006 Alan McGovern |
| **LibtorrentMessages/** | |
| ChangeLog | Empty File |
| ExtendedHandshakeMessage.cs | Copyright (C) 2006 Alan McGovern |
| ExtensionSupports.cs | Copyright (C) 2009 Alan McGovern |
| LibtorrentMessage.cs | Copyright (C) 2006 Alan McGovern |
| LTChat.cs | Unremarkable |
| LTMetadata.cs | Copyright (C) 2006 Alan McGovern |
| LTSupport.cs | Unremarkable |
| **FastPeerExtensions/** | |
| AllowedFastMessage.cs | Copyright (C) 2006 Alan McGovern |
| ChangeLog | Empty File |
| HaveAllMessage.cs | Copyright (C) 2006 Alan McGovern |
| HaveNoneMessage.cs | Copyright (C) 2006 Alan McGovern |
| IFastPeerMessage.cs | Unremarkable |
| RejectRequestMessage.cs | Copyright (C) 2006 Alan McGovern |
| SuggestPieceMessage.cs | Copyright (C) 2006 Alan McGovern |
| **MonoTorrent.BEncoding** | |
| BEncodedDictionary.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| BEncodedList.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| BEncodedNumber.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| BEncodedString.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| BencodingException.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| ChangeLog | Empty log file |
| IBEncodedValue.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| RawReader.cs | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| **BanLists** | |

Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                                                    12/14/2017

| | | |
|---|---|---|
| BanList.cs | | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| ListParser.cs | | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| RangeCollection.cs | | Author and 2008 copyright, Alan McGovern, unlimited permissions, no warranty |
| **GeoIP_project/** | **4.07MB** | |
| RestSharp.xml | | Unremarkable XML |
| RestSharp.dll | | dll derived from above |
| Program.cs | | Unremarkable |
| Newtonsoft.Json.xml | | Unremarkable XML |
| Newtonsoft.Json.dll | | dll derived from above |
| MaxMind.GeoIP2.XML | | Unremarkable XML |
| MaxMind.GeoIP2.dll | | dll derived from above |
| MaxMind.Db.xml | | Unremarkable XML |
| MaxMind.Db.dll | | dll derived from above |
| GeoIP_project.csproj | | Unremarkable project file |
| App.config | | Unremarkable |
| **Properties/** | | |
| AssemblyInfo.cs | | Unremarkable |
| **obj/** | | |
| **Debug/** | | 1 empty folder, 3 unremarkable files, 1 dll, 2 unreadable files (dlls), 1 junk, 3 empty |
| **Release/** | | 1 empty folder, 2 unremarkable files, 1 dll, 2 unreadable files (dlls), 1 junk, 3 empty |
| **bin/** | | |
| **Debug/** | | 11 unremarkable files |
| **Release/** | | 11 unremarkable files |
| **DhtSampleClient/** | 4.20KB | |
| AssemblyInfo.cs | | Copyright © Alan McGovern 2008 |
| Program.cs | | Unremarkable |
| SampleClient.csproj | | Unremarkable |
| **curses/** | 21.5KB | |
| MonoTorrent | | Author: Miguel de Icaza miguel.de.icaza@gmail.com Copyright 2007 Novell |
| **CreatingCaptureFile/** | **4.00MB** | |
| PcapClass.cs | | Unremarkable |

Page 13                                                                                         Dr. Kal Toth, P.Eng.

MaverickEye Preliminary Source Code Inspection Report                    12/14/2017

| | | |
|---|---|---|
| CreatingCaptureFile.csproj | | Unremarkable |
| **Service References/** | | Empty Folder |
| **obj/** | | |
| **Debug/** | | 1 empty folder, 3 unremarkable files, 1 dll, 2 unreadable files (dlls), 1 junk, 3 empty |
| **Release/** | | 1 empty folder, 2 unremarkable files, 1 dll, 2 unreadable files (dlls), 1 junk, 3 empty |
| **FakesAssemblies/** | | |
| SharpPcap.Fakes.dll | | dll (non text) |
| SharpPcap.Fakes.fakesconfig | | Unremarkable |
| SharpPcap.Fakes.messages | | Unremarkable |
| SharpPcap.Fakes.xml | | Unremarkable |
| **Fakes/** | | |
| SharpPcap.fakes | | Unremarkable |
| **bin/** | | |
| **Debug/** | | 12 Unremarkable Files |
| **Release/** | | Empty Folder |
| **AddFeatures/** | 152KB | |
| Program.cs | | Crypto Module – Unremarkable |
| App.Config | | Unremarkable |
| AddFeatures.csproj | | Build Program – Unremarkable |
| **Properties/** | | |
| AssemblyInfo.cs | | Unremarkable -part of above build process |
| **obj/** | | |
| **Debug/** | | Unremarkable: Folder contains one empty sub-folder, 1 file containing log records,and 5 files that cannot be opened, are empty or contain junk |
| **Release/** | | Unremarkable: Folder contains one empty sub-folder, 1 file containing log records,and 5 files that cannot be opened, are empty or contain junk |
| **bin/** | | |
| **Debug/** | | Unremarkable – 2 unreadable files (dlls) and 1 config file |
| **Release/** | | Unremarkable – 2 unreadable files (dlls) and 1 config file |
| **.vs/** | 609KB | |
| MonoTorrent/V14/ | | Empty Folder |

Page 14                                                              Dr. Kal Toth, P.Eng.

## Annex E: MaverickEye Notices

[1] Logging Client / LICENSE.txt

[2] Logging Client / DOTO.txt

[3] Logging Client / README.txt

## [1] Logging Client / src / LICENSE.txt

// MonoTorrent
//
// Authors:
//  Alan McGovern <alan.mcgovern@gmail.com>
//  Olivier Dufour
//
// Copyright (C) 2006 Alan McGovern
//
// Permission is hereby granted, free of charge, to any person obtaining
// a copy of this software and associated documentation files (the
// "Software"), to deal in the Software without restriction, including
// without limitation the rights to use, copy, modify, merge, publish,
// distribute, sublicense, and/or sell copies of the Software, and to
// permit persons to whom the Software is furnished to do so, subject to
// the following conditions:
//
// The above copyright notice and this permission notice shall be
// included in all copies or substantial portions of the Software.
//
// THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND,
// EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF
// MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND
// NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE
// LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION
// OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION
// WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

## [2] Logging Client / src / TODO.txt

[ Client DLL ]

There's still loads of work to be done to make this a fully fledged Bittorrent Client. I've divided the work into three sections (for the moment). Features to be added, features to be improved and sections of code that need rearchitecting. I've also put a difficulty estimation for anyone interested in picking an item and completing it.

-- FEATURES TO BE ADDED --

01) HTTP Seeding - The ability to use a normal HTTP/FTP download as a "seed". [MEDIUM-HIGH]

04) Implement DHT/Peer Exchange. [MEDIUM-LOW]

14) Support SOCKS proxies

29) Algorithm to allow for automatic scheduling of torrents based on rules is being implemented. Should allow for people to select "seed for 30 mins after completion or a ratio of 1.4 us reached and total bandwidth is below 150kB/sec" etc.

-- FEATURES TO BE IMPROVED --

01) Allow editing of .torrent information EXCEPT for the infohash section [MEDIUM]

05) New super seeding algorithm. At the moment defaults to "seeding" which defaults to "downloading. [LOW]

30) Put peers that i can connect to but drop the connection in a seperate "busy" list instead of dropping them completely.

31) After receiving X number of pieces from a peer, reduce their FailedConnectionAttempts value as they are "good"

If anyone finds bugs or anything in the code (which i'm sure there are many :p) feel free to drop me an email. For the moment i don't want people commiting patches directly to SVN, i'd like to see them first. But if you want to fix a bug, please go right ahead and write the code. The only request i have is to do your best to match my coding style. There's nothing worse than having several different coding styles in the same class.

[ Tracker DLL ]

-- FEATURES TO BE ADDED --

06) Integrate the Tracker into the GUI

08) Change the backend to use the event form 07

09) Add in support for NAT-Checking (checking if peers are connectable). If they aren't, send em a warning message

-- FEATURES TO BE IMPROVED --

03) Improve doc

## [3] Logging Client / src / README.txt

PRE-REQUISITES
------------------------------------------------------------------------------------------------------------
To run: MS.NET 2.0 or Mono 1.1.16.1+
To build: MonoDevelop, Visual Studio, SharpDevelop or the standard *nix toolchain

BUILDING MONOTORRENT:
------------------------------------------------------------------------------------------------------------
MakeFiles:
To build using the makefiles, execute the following commands:
$ ./autogen.sh
$ make
$ make install
This will only build MonoTorrent.dll. The other sub-projects are not built via this method.

Project Files:
You can open the MonoTorrent.sln file in MonoDevelop, SharpDevelop or Visual Studio. This is the
preferred way to build MonoTorrent and all the sub-projects.

BRIEF INTRODUCTION INTO HOW THE CODE SHOULD BE USED
------------------------------------------------------------------------------------------------------------
[MonoTorrent Client]
To run the sample client you need to do the following:
1) Make sure that MonoTorrent.dll and SampleClient.exe are in the same folder
2) Create a folder in that directory called "Torrents".
3) Put any number of .torrent files into the Torrents directory. This files will all be loaded by the sample
client.
5) Launch SampleClient.exe to begin downloading. All files will be downloaded to a directory called
"Downloads".
Note: Only statistics will only be shown for the first .torrent loaded into the engine. So there is no real point
in loading more than one .torrent into the engine.

Developer Notes:
There are a few important things developers should note before creating a gui/service using the library.
Firstly there is no guarantee what thread the events will be fired on, so if you're doing GUI updates, you will
need to make sure that you perform your actual GUI update in a threadsafe manner.

[The Tracker]
============
The code of the Tracker is located in MonoTorrent.Tracker. There is one sample Tracker implementation
in MonoTorrent.TrackerApp.

The Tracker is a piece of Software which listens for HttpRequests. Each Request can either be an
Announce or Scrape request. Therefore the Tracker needs code which handles HttpRequests. The Tracker
was programmed in such a way that it is independent of the http handling code. The http handling code is
called Frontend.

There are currently two Frontends implemented. The first uses the class HttpListener. This implementation got most attention. The second one uses the Asp.Net infrastructe and the HttpHandles classes. It therefore could be used in xsp2, mod_mono or even in IIS. But the second implementation was just a proof of concept and is not tested but should be functional. There exists and Frontend directory which contains all the Frontend handling code.

There is also a Backend part of the Tracker. The backend is responsible for storing the Informations per Torrent which should be Announced to the peers. There is currently one Backend implementation which uses the .Net internal Datastructes List<> and Dictionary<> called SimpleTorrentManager. A Backend needs to implement the ITorrentManager interface.

If you would like to start the Tracker the TrackerEngine is the class you would like to use. The sequence below is enough to start the Tracker:

```
TrackerEngine engine = TrackerEngine.Instance
engine.Address = "127.0.0.1";
engine.Port = 10000;
engine.Frontend = TrackerFrontend.InternalHttp;
engine.Start();
```

Adding Torrents is easy too. Just get an Tracker instance and call AddTorrent:

```
Torrent t = new Torrent();
t.LoadTorrent(path);
TrackerEngine.Instance.Tracker.AddTorrent(t);
```

The two code snippets are enough to start a simple tracker. If you would like to tune the Tracker to use less Bandwidth you can set various things in the Tracker instance. One such thing would be to use the compact response format:

```
Tracker.Instance.AllowNonCompact = true;
```

The other place where you can tune is to implement the IIntervalAlgorithm. An implementor can controll at which rate the peers should request an Announce or Scrape. Currently we have an static implementation which uses static defaults taken from the original BitTorrent implementation. It's even possible to higher the intervals based on the number of peers using the Torrent.

Tracker.cs is the code where everything is glued together. It is something like the heart of the Tracker implementation.

How to Test:
If you want to test the Tracker just compile it with MonoDevelop. The Tracker searches (and creates if not found) for a directory named ./torrents. In this Directory every Torrent is loaded on startup. To test the Torrent you need some torrents pointing at the Tracker. This can be done with the unit test. Just run gnunit2 and load the Common.dll in src/bin/Debug. Copy the single.torrent and torrentcreator.torrent into src/bin/Debug/torrents and start the Tracker in MonoDevelop. Then you can load the Torrents in Azureus or BitTorrent and check if the Tracker reacts on Announces and Scrapes.