Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608

J. Curtis Edmondson, CASB No. 236105 (*pro hac vice*)
jcedmondson@edmolaw.com
EDMONDSON IP LAW
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (503) 336-3749
Fax: (503) 482-7418

David H. Madden, OSB No. 080396
dhm@mersenne.com
MERSENNE LAW LLC
9600 SW Oak Street, Suite 500
Tigard, OR 97223
Tel: (503) 679-1671
Fax: (503) 512-6113

Attorneys for Defendant JOHN HUSZAR

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>Plaintiff,<br>v.<br><br>**JOHN HUSZAR,**<br><br>Defendant. | Case No.: **3:15-cv-0907-AC**<br><br>DECLARATION OF BENJAMIN JUSTUS IN SUPPORT OF THE OBJECTIONS TO THE MAGISTRATES REPORT AND RECOMMENDATIONS |

I, J. BENJAMIN JUSTUS, declare as follows:

1. I was formerly counsel of record in this case. I have reviewed the Report and Recommendations by the Court dated March 6, 2019.
2. When my firm was appointed by the Court to represent the Defendant as Pro Bono counsel, the only named Defendant was the corporation, Integrity Computer Systems, Inc., as identified in the First Amended Complaint (Docket 10).
3. On April 6, 2016, I received requests for admission (RFA) from Plaintiff, Dallas Buyers Club, LLC's counsel, Carl Crowell, along with several other discovery documents that he had prepared. Mr. Crowell told me that the RFAs were deemed to be served on April 12, 2016.Mr. Crowell self-styled the caption of the discovery pleading to read as "aka Jon Huszar". However, at that time, the only named defendant was still Integrity Computer Systems, Inc. I understood that the RFAs were served on Integrity Computer Systems, Inc. as a corporate entity. Mr. Crowell never told me that the RFA's were to be served on John Huszar personally. Had he done so, we would have objected under FRCP Rules 26 and 36 as John Huszar was a non-party at that time
4. From April 6, 2016, onwards I worked with John Huszar, who was the President of Integrity Computer Systems, Inc. to answer the RFAs and other discovery on behalf of the corporation but Mr. Huszar was having significant health issues directly caused by this litigation.
5. Integrity Computer Services, Inc. opposed Dallas Buyers Club's motion to substitute John Huszar as the Defendant. (See Docket 39). The Court did not permit Dallas Buyers Club leave to have John Huszar substituted into the case until May 31, 2016. (See Docket 59).
6. Dallas Buyers Club, to my knowledge, never served the Request for Admissions on John Huszar as the Defendant.
7. Dallas Buyers Club filed their Second Amended Complaint on July 7, 2016 (Docket 63) and issued a new summons on John Huszar as an individual defendant. (Docket 63-1).
8. My firm requested that we be terminated as Pro Bono counsel on July 12, 2016. (See Docket 64).

//

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: March 21, 2019

/s/ Benjamin Justus