AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of Oregon

DALLAS BUYERS CLUB, LLC
    Plaintiff (s),

v.

JOHN HUSZAR
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00907-AC

Notice is hereby given that, subject to approval by the court, __Dallas Buyers Club, LLC__ substitutes (Party (s) Name) __Wendy Lyon__ (Name of New Attorney), State Bar No. __162408__ as counsel of record in place of __Michael G. Atkins and Megan A. Vaniman__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Fox Rothschild LLP
Address: 1001 4th Avenue, Suite 4500, Seattle, WA 98154
Telephone: (206) 389-1667    Facsimile (206) 389-1708
E-Mail (Optional): wlyon@foxrothschild.com

I consent to the above substitution.
Date: 2 APRIL 2019
(Signature of Party (s))

I consent to being substituted.
Date: 3/8/2019
/s/Michael G. Atkins
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/7/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: April 5, 2019
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]