Michael O. Stevens, OSB No. 095198
Email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608

J. Curtis Edmondson, CASB No. 236105 (*pro hac vice*)
Email: jcedmondson@edmolaw.com
Kiren Rockenstein, OSB No. 175638
Email: kirenr@edmolaw.com
EDMONDSON IP LAW
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel: (503) 336-3749
Fax: (503) 482-7418

David H. Madden, OSB No. 080396
Email: dhm@mersenne.com
MERSENNE LAW LLC
9600 SW Oak Street, Suite 500
Tigard, OR 97223
Tel: (503) 679-1671
Fax: (503) 512-6113

Attorneys for Defendant JOHN HUSZAR

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>           Plaintiff,<br><br>v.<br><br>**JOHN HUSZAR,**<br><br>           Defendant. | Case No.: **3:15-cv-0907-AC**<br><br>DECLARATION OF MICHAEL O. STEVENS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

I, MICHAEL O. STEVENS, declare as follows:

1. I am an attorney licensed to practice law within the State of Oregon. I am admitted to the District of Oregon as well as the United States Court of Appeals for the Ninth Circuit.
2. I am counsel of record for Defendant John Huszar ("Defendant").
3. Starting on June 5, 2019, Lincoln Bandlow communicated with me concerning his need for an extension of time to file his client's supplemental briefing on the motions for summary judgment.
4. Attached hereto as Exhibit 1 is a true and correct copy of an email received from Lincoln Bandlow on June 5, 2019.
5. Attached hereto as Exhibit 2 is a true and correct copy of an email received from Lincoln Bandlow on June 6, 2019.
6. No further emails or calls were made by Mr. Bandlow to me after the above noted emails and before the filing for the extension.

I swear under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on:   June 7, 2019

/s/ Michael O. Stevens
MICHAEL O. STEVENS
Declarant