Wendy E. Lyon, OSB #162408
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:    206.624.3600
Facsimile:    206.389.1708
Email: wlyon@foxrothschild.com

Lincoln Bandlow – Admitted pro hac vice
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:    310.556.9680
Facsimile:    310.861.5550
Email:   Lincoln@BandlowLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>                              Plaintiff,<br><br>vs.<br><br>**JOHN HUSZAR,**<br><br>                              Defendant. | Case No. 3:15-cv-00907-AC<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |

### LR 7.1 CONFER

Plaintiff's counsel certifies she has conferred with counsel for the Defendant and this motion is unopposed by Defendant.

### MOTION

Pursuant to LR 83.11(a), Wendy E. Lyon of FOX ROTHSCHILD LLP moves to withdraw as counsel of record for Plaintiff, DALLAS BUYERS CLUB, LLC in the above-captioned matter.

Plaintiff is also represented by Lincoln D. Bandlow who was admitted *pro hac vice.*

DATED this 19th day of July, 2019.

                          FOX ROTHSCHILD LLP

                          */s/ Wendy E. Lyon*
                          Wendy E. Lyon, OSB #162408
                          Telephone:   206.624.3600
                          Facsimile:    206.389.1708
                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all parties of record.

DATED this 19th day of July, 2019, at Seattle, Washington.

_____
Courtney R. Tracy